IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **BOBBY J. RADCLIFF, et al.,** | * | |
| Plaintiffs, | * | |
| vs. | * | **CASE NO. 06-345-CG-M** |
| **TATE & LYLE SUCRALOSE, INC.,** | * | |
| Defendant. | * | |

### AMENDMENT TO COMPLAINT

The Complaint filed herein is amended by substituting the following:

8. Bernice Pressley, Lloyd Steve Pressley, Electa Mae Pressley, individually and as the mother and next friend of Avery Eugene Pressley, a minor, Vonciel Pressley Neal, Lawrence James Pressley and Bonnie Pressley Sullivan are adult citizens of Washington County, Alabama and/or reside adjacent to or in close proximity to the Defendant's facilities in McIntosh, Alabama.

### COUNT ONE

WHEREFORE, the Plaintiffs, Bobby J. Radcliff, Carol L. Radcliff, Bobby J. Radcliff and Carol L. Radcliff as parents and next friend of Jasmine Lang, Jada S. Lang, Jamya Nicole Radcliff and Bobby L. Radcliff, III, all minors, Sylvester Abrams, Laurina Sullivan Law, Laurina Sullivan Law as grandmother and next friend of Syenteria Reed, a minor, Anita J. Hicks, Jackie Wayne Hicks, Jr., Jermaine Hicks, Bobby McKenzie, Diane Adams McKenzie, Bobby McKenzie, Jr., Spencer Lee Lang, Jr., Trenesa Chapman, individually and as parent and next friend of Leo Reed and Justin Reed, minors, John Sullivan, Jr., Bonnie Pressley Sullivan, John Sullivan, Jr. and Bonnie Pressley Sullivan, as parents and next friend of Broderick Sullivan, a minor, Bernice Pressley, Lloyd Steve Pressley,

Electa Mae Pressley, individually and as parent and next friend of Avery Eugene Pressley, a minor, Vonciel Pressley Neal, Lawrence James Pressley, Nathaniel Sullivan, and Linda Reed, jointly and severally, demand judgment of and from the said Defendant for actual and punitive damages, to include both compensatory and punitive damages, in a sum in excess of the jurisdictional minimum of this Court together, with costs in an amount as to be determined at trial by a struck jury.

## COUNT TWO

WHEREFORE, the Plaintiffs, Bobby J. Radcliff, Carol L. Radcliff, Bobby J. Radcliff and Carol L. Radcliff as parents and next friend of Jasmine Lang, Jada S. Lang, Jamya Nicole Radcliff and Bobby L. Radcliff, III, all minors, Sylvester Abrams, Laurina Sullivan Law, Laurina Sullivan Law as grandmother and next friend of Syenteria Reed, a minor, Anita J. Hicks, Jackie Wayne Hicks, Jr., Jermaine Hicks, Bobby McKenzie, Diane Adams McKenzie, Bobby McKenzie, Jr., Spencer Lee Lang, Jr., Trenesa Chapman, individually and as parent and next friend of Leo Reed and Justin Reed, minors, John Sullivan, Jr., Bonnie Pressley Sullivan, John Sullivan, Jr. and Bonnie Pressley Sullivan, as parents and next friend of Broderick Sullivan, a minor, Bernice Pressley, Lloyd Steve Pressley, Electa Mae Pressley, individually and as parent and next friend of Avery Eugene Pressley, a minor, Vonciel Pressley Neal, Lawrence James Pressley, Nathaniel Sullivan, and Linda Reed, jointly and severally, demand judgment of and from the said Defendant for actual and punitive damages, to include both compensatory and punitive damages, in a sum in excess of the jurisdictional minimum of this Court together, with costs in an amount as to be determined at trial by a struck jury.

## COUNT THREE

WHEREFORE, the Plaintiffs, Bobby J. Radcliff, Carol L. Radcliff, Bobby J. Radcliff and Carol L. Radcliff as parents and next friend of Jasmine Lang, Jada S. Lang, Jamya Nicole Radcliff and Bobby L. Radcliff, III, all minors, Sylvester Abrams, Laurina Sullivan Law, Laurina Sullivan

Law as grandmother and next friend of Syenteria Reed, a minor, Anita J. Hicks, Jackie Wayne Hicks, Jr., Jermaine Hicks, Bobby McKenzie, Diane Adams McKenzie, Bobby McKenzie, Jr., Spencer Lee Lang, Jr., Trenesa Chapman, individually and as parent and next friend of Leo Reed and Justin Reed, minors, John Sullivan, Jr., Bonnie Pressley Sullivan, John Sullivan, Jr. and Bonnie Pressley Sullivan, as parents and next friend of Broderick Sullivan, a minor, Bernice Pressley, Lloyd Steve Pressley, Electa Mae Pressley, individually and as parent and next friend of Avery Eugene Pressley, a minor, Vonciel Pressley Neal, Lawrence James Pressley, Nathaniel Sullivan, and Linda Reed, jointly and severally, demand judgment of and from the said Defendant for actual and punitive damages, to include both compensatory and punitive damages, in a sum in excess of the jurisdictional minimum of this Court together, with costs in an amount as to be determined at trial by a struck jury.

## COUNT FOUR

WHEREFORE, the Plaintiffs, Bobby J. Radcliff, Carol L. Radcliff, Bobby J. Radcliff and Carol L. Radcliff as parents and next friend of Jasmine Lang, Jada S. Lang, Jamya Nicole Radcliff and Bobby L. Radcliff, III, all minors, Sylvester Abrams, Laurina Sullivan Law, Laurina Sullivan Law as grandmother and next friend of Syenteria Reed, a minor, Anita J. Hicks, Jackie Wayne Hicks, Jr., Jermaine Hicks, Bobby McKenzie, Diane Adams McKenzie, Bobby McKenzie, Jr., Spencer Lee Lang, Jr., Trenesa Chapman, individually and as parent and next friend of Leo Reed and Justin Reed, minors, John Sullivan, Jr., Bonnie Pressley Sullivan, John Sullivan, Jr. and Bonnie Pressley Sullivan, as parents and next friend of Broderick Sullivan, a minor, Bernice Pressley, Lloyd Steve Pressley, Electa Mae Pressley, individually and as parent and next friend of Avery Eugene Pressley, a minor, Vonciel Pressley Neal, Lawrence James Pressley, Nathaniel Sullivan, and Linda Reed, jointly and severally, demand judgment of and from the said Defendant for damages as set forth by statute, plus attorney's fees and costs as provided by statute, in amounts in excess of the jurisdictional minimum

of this court.

## COUNT FIVE

WHEREFORE, the Plaintiffs, Bobby J. Radcliff, Carol L. Radcliff, Bobby J. Radcliff and Carol L. Radcliff as parents and next friend of Jasmine Lang, Jada S. Lang, Jamya Nicole Radcliff and Bobby L. Radcliff, III, all minors, Sylvester Abrams, Laurina Sullivan Law, Laurina Sullivan Law as grandmother and next friend of Syenteria Reed, a minor, Anita J. Hicks, Jackie Wayne Hicks, Jr., Jermaine Hicks, Bobby McKenzie, Diane Adams McKenzie, Bobby McKenzie, Jr., Spencer Lee Lang, Jr., Trenesa Chapman, individually and as parent and next friend of Leo Reed and Justin Reed, minors, John Sullivan, Jr., Bonnie Pressley Sullivan, John Sullivan, Jr. and Bonnie Pressley Sullivan, as parents and next friend of Broderick Sullivan, a minor, Bernice Pressley, Lloyd Steve Pressley, Electa Mae Pressley, individually and as parent and next friend of Avery Eugene Pressley, a minor, Vonciel Pressley Neal, Lawrence James Pressley, Nathaniel Sullivan, and Linda Reed, request the issuance of a permanent mandatory injunction to the Defendant directing the closure of the Defendant's operation failing curative measures being implemented immediately to cease and desist the unlawful activities of the Defendant as described, and actual compensatory damages sustained and punitive damages, plus costs in the amount in excess of the jurisdictional minimum of this Court, together with cost of court as to be determined.

DATED: October 31, 2006.

/s/ Herndon Inge III
Herndon Inge III (INGEH7342)
Post Office Box 40188
Mobile, Alabama 36640-0188
(251) 432-1444

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on 31st day of October, 2006, I electronically filed the foregoing document with the Clerk of the Court utilizing the CM/ECF system, which will send notification of such filing to counsel of record as listed below.

/s/ Herndon Inge III
Herndon Inge III

**Counsel of Record:**

Mr. Marc Bradley
1359 Dauphin Street
Mobile, AL 36604

Mr. Halrom W. Turner
P. O. Drawer 1389
Chatom, AL 36518