## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

BOBBY J. RADCLIFF, et al.,           *

     Plaintiffs,              *

vs.                      *     **CASE NO. 06-345-CG-M**

TATE & LYLE SUCRALOSE, INC.,    *

     Defendant.            *

## AMENDED DISCLOSURE OF EXPERT

The Plaintiffs, by and through their attorney of record, Herndon Inge III, according to Rule 26(a)(2), disclose the following:

7.      Attached is the EXPERT REPORT, with attachments. An oversized topographical map of the area will be delivered to the Defendant's attorney immediately.

DATED:     September 5, 2007.

                     /s/ Herndon Inge III
                     Herndon Inge III (INGEH7342)
                     Post Office Box 40188
                     Mobile, Alabama 36640-0188
                     (251) 432-1444

                     **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of September, 2007. I electronically filed the foregoing document with the Clerk of the Court utilizing the CM/ECF system. which will send notification of such filing to counsel of record as listed below.

                     /s/ Herndon Inge III

**<u>Counsel of Record:</u>**

Mr. Marc Bradley
1359 Dauphin Street
Mobile, AL 36604

Mr. Halron W. Turner
P. O. Drawer 1389
Chatom, AL 36518

# EXPERT REPORT

James R. Montgomery, PE
2306 Kathy Ln. SW
Decatur, AL 35603
September 5, 2007

SUBJECT:  TATE & LYLE (SPLENDA PLANT)

I have examined several hundred pages of and have briefly reviewed the nearly 15,000 pages of data, and have considered the Index provided for all documents supplied by Tate & Lyle, describing their plant and processes. I have visited the site and the neighborhood, and have considered the complaints of the neighbors of the foul odor, eyes burning, eyes watering, headaches, nose burning, and aggravation of asthma.  My research has mostly focused on "fugitive" emissions of Form R chemicals, though also considered were "stack" emissions from their discharge stacks. "Fugitive emissions" are unintended releases of Hazardous Air Pollutants (HAPs). "Stack" emissions are verifiable, controlled, emissions which are considered acceptable in the environment. The nature of these emissions can and will cause intermittent brief negative impacts on the environment of the community, however the amounts of chemicals released are not likely to exceed Threshold Limit Values (TLV's) or the level of exposure that a worker may be exposed to during an 8-hour shift. Emission rates required to achieve TLV's at 1100 meters, 3500 feet, from the center of the operating area of the plant have been calculated, this is the nominal distance to housing on Charlie Lee Road from the center of the plant.

Particular attention was given to the release of DMA, DMF, Cyclohexane, Methanol, and CO (carbon monoxide).  For analysis a topographic map of the plant vicinity was marked with 1000 foot rings.  An examination of the map showed that homes most affected by plant emissions were within 3500 feet of the center of the plant. See attached Map.

The amount of discharge required to achieve prescribed Treshold Limit Values (TLV's) at 3500 feet, 1100 meters, from the source, was calculated for each chemical. See Table 1 below.  It should be noted that stack heights are a weighted average of values given and that base elevations vary over 50 feet between documents BR008294 and BR 009149 for the same stacks.

Based on continuous release calculations, it appears that no stack emissions are able to produce TLV levels as high as those "threshold" levels shown in Table 1, however instantaneous or "fugitive" releases of DMA, DMF, CO, and Cl, have exceeded these limits, e.g. see BR002739, BR002934, BR024568, BR024356 and BR002986, BR24566, BR00094, BR002991, and BR002515.

DMA has a bad, dead fish, strong odor, and is so foul an odor that even in small quantities it is offensive.  DMA is water soluble and lingers if weather is moist or rainy, just as the plaintiffs report.

Based on plant data presented by Tate & Lyle, several of these releases have occurred in the past; see T&L BR002739, BR002744, BR002934, and BR002515.  In addition if the pH of the waste treatment plant goes high, DMF and its daughter products will be released as indicated in BR002637.  Even rapid response does not preclude evidence of the fugitive releases into the surrounding neighborhood, for example "a fishy smell", "foul" odor, watering eyes, burning nostrils, and aggravation of asthma symptoms all of which have been reported.  Under common weather conditions in the area, CO will occasionally downdraft into the neighborhood causing mild carbon monoxide poisoning symptoms, e.g. headaches.

The medical symptoms of exposure to DMA, DMF, CO, Methanol and Cyclohexane are reported in the attached MSDS's and CDC reports and studies.

DMA can cause: 1. Irritated and burning eyes. 2. Irritated nose, throat, and lungs. 3. High exposure can cause pulmonary edema. 4. Coughing, phlegm, and/or shortness of breath.

DMF can cause: 1. Skin irritation. 2. Respiratory track irritation. 3. Central nervous system damage.

CO can cause: 1. Headache. 2. Nausea. 3. Vomiting. 4. Confusion.

Cyclohexane can cause: 1. Dermatitis. 2. Eye irritation. 3. Respiratory symptoms.

Methanol can cause: 1. Eye irritation, including blurred vision. 2. Damage to central nervous system. 3. Headache. 4. Nausea and vomiting.

| Chemical | TLV, the accepted exposure over an 8-hour work shift<br><br>(ppm) | Continuous Release required to reach the TLV at 3500 ft.<br><br>(kg/sec) | Instantaneous Release, (spill) required to reach the TLV at 3500 ft.<br><br>(kg) |
|---|---|---|---|
| DMA, dimethylamine | 10 | 4.4 | 0.540 |
| DMF, dimethylform-amide | 10 | 7.17 | 0.874 |
| Cyclohexane | 300 | 247.5 | 30.20 |
| Methanol | 200 | 62.8 | 7.67 |
| CO, carbon monoxide | 25 | 6.83 | 0.838 |
|  |  |  |  |

TABLE 1.

Based on my study, the emissions from the Splenda Plant are sufficient to cause the symptoms noted and inconvenience reported by the surrounding home owners, e.g. mild upper respiratory symptoms, mild breathing troubles, watery and burning eyes, and headaches, and unpleasant odors as noted above, and the inconvenience in having to limit time outside the home to escape such symptoms and odors. Such "annoyance" caused by the odor, symptoms and limited ability to use the area surrounding their home is the direct effect of Tate & Lyle's emissions, though I found no evidence of these emissions causing fatal, toxic, or carcinogenic conditions.

James R. Montgomery, PE

Attachments:

MSDS DMA,
MSDS DMF,
MSDS CO,
MSDS Methanol,
MSDS Cyclohexane

Map of Splenda Plant Area

Calculation sheet for Table 1.
Calculation results for Table 1.

Other Sources of Information:
Perry's Chemical Engineers' Handbook
Handbook of Chemistry and Physics
Pasquill-Guilford model for toxic release and dispersion.

Other Documents Considered:
Additional BR documents supplied by T & L on six CD's

# DIMETHYLAMINE

**0260**

May 2003

| | |
|---|---|
| CAS No: 124-40-3<br>RTECS No: IP8750000<br>UN No: 1032<br>EC No: 612-001-00-9 | Methanamine, N-methyl<br>DMA<br>(cylinder)<br>$(CH_3)_2NH$ / $C_2H_7N$<br>Molecular mass: 45.1 |

| TYPES OF HAZARD/ EXPOSURE | ACUTE HAZARDS/SYMPTOMS | PREVENTION | FIRST AID/FIRE FIGHTING |
|---|---|---|---|
| FIRE | Extremely flammable. Gives off irritating or toxic fumes (or gases) in a fire. | NO open flames, NO sparks, and NO smoking. | Shut off supply; if not possible and no risk to surroundings, let the fire burn itself out; in other cases extinguish with water spray, alcohol-resistant foam, dry powder, carbon dioxide. |
| EXPLOSION | Gas/air mixtures are explosive. | Closed system, ventilation, explosion-proof electrical equipment and lighting. Use non-sparking handtools | In case of fire: keep cylinder cool by spraying with water. Combat fire from a sheltered position. |

| EXPOSURE | | STRICT HYGIENE! | |
|---|---|---|---|
| Inhalation | Burning sensation. Cough. Headache. Laboured breathing. Shortness of breath. Sore throat. Symptoms may be delayed (see Notes). | Ventilation, local exhaust, or breathing protection. | Fresh air, rest. Half-upright position. Artificial respiration may be needed. Refer for medical attention. |
| Skin | ON CONTACT WITH LIQUID: FROSTBITE. | Cold-insulating gloves. Protective clothing. | ON FROSTBITE: rinse with plenty of water, do NOT remove clothes. Refer for medical attention. |
| Eyes | Redness. Pain. Blurred vision. | Safety goggles, or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then take to a doctor. |
| Ingestion | | Do not eat, drink, or smoke during work. | |

| SPILLAGE DISPOSAL | PACKAGING & LABELLING |
|---|---|
| Evacuate danger area! Consult an expert! Ventilation. Remove all ignition sources. NEVER direct water jet on liquid. Remove gas with fine water spray. Do NOT let this chemical enter the environment. (Extra personal protection: complete protective clothing including self-contained breathing apparatus.) | F+ Symbol<br>Xn Symbol<br>R: 12-20-37/38-41<br>S: (2-)16-26-39<br>UN Hazard Class: 2.1 |

| EMERGENCY RESPONSE | STORAGE |
|---|---|
| Transport Emergency Card: TEC (R)-20S1032<br>NFPA Code: H3; F4; R0 | Fireproof. Cool. |

**IPCS**
International
Programme on
Chemical Safety

   

UNEP

Prepared in the context of cooperation between the International Programme on Chemical Safety and the European Commission
© IPCS 2002

SEE IMPORTANT INFORMATION ON THE BACK.

**0260**

**DIMETHYLAMINE**

| IMPORTANT DATA | |
|---|---|
| **Physical State; Appearance**<br>COLOURLESS COMPRESSED LIQUEFIED GAS, WITH PUNGENT ODOUR.<br><br>**Physical dangers**<br>The gas is heavier than air and may travel along the ground; distant ignition possible.<br><br>**Chemical dangers**<br>The substance decomposes on burning producing toxic fumes including nitrogen oxides. Reacts violently with strong oxidants and mercury causing fire and explosion hazard. Attacks copper, zinc alloys, aluminium, galvanized surfaces, and plastic. The solution in water is a strong base. It reacts violently with acid and is corrosive, see ICSC 1465 Dimethylamine, aqueous solution.<br><br>**Occupational exposure limits**<br>TLV: 5 ppm as TWA; 15 ppm as STEL; A4; (ACGIH 2003).<br>EU OEL: 2 ppm, 3.8 mg/m³ as TWA; 5 ppm, 9.4 mg/m³ as STEL; (EU 1998). | **Routes of exposure**<br>The substance can be absorbed into the body by inhalation.<br><br>**Inhalation risk**<br>On loss of containment, a harmful concentration of this gas in the air will be reached very quickly especially in confined spaces.<br><br>**Effects of short-term exposure**<br>The substance is severely irritating to the eyes and the respiratory tract. Inhalation of the substance at high levels may cause lung oedema (see Notes). The effects may be delayed. Medical observation is indicated. Rapid evaporation of the liquid may cause frostbite. |

| PHYSICAL PROPERTIES | |
|---|---|
| Boiling point: 7.0°C<br>Melting point: -92.2°C<br>Relative density (water = 1): 0.7<br>Solubility in water: 354 g/100ml<br>Vapour pressure, kPa at 25°C: 203 | Relative vapour density (air = 1): 1.6<br>Flash point: Flammable Gas<br>Auto-ignition temperature: 400°C<br>Explosive limits, vol% in air: 2.8-14.4<br>Octanol/water partition coefficient as log Pow: -0.2 |

| ENVIRONMENTAL DATA |
|---|
| The substance is harmful to aquatic organisms. |

| NOTES |
|---|
| Turn leaking cylinder with the leak up to prevent escape of gas in liquid state.<br>The symptoms of lung oedema often do not become manifest until a few hours have passed and they are aggravated by physical effort. Rest and medical observation is therefore essential.<br>Immediate administration of an appropriate inhalation therapy by a doctor or a person authorized by him/her, should be considered.<br>Do NOT spray water on leaking cylinder (to prevent corrosion of cylinder).<br>See ICSC 1465 Dimethylamine, aqueous solution. |

| ADDITIONAL INFORMATION |
|---|
|  |

| **LEGAL NOTICE** | Neither the EC nor the IPCS nor any person acting on behalf of the EC or the IPCS is responsible for the use which might be made of this information |
|---|---|

©IPCS 2002







| Health | 2 |
|---|---|
| Fire | 2 |
| Reactivity | 0 |
| Personal Protection | H |

## Material Safety Data Sheet
## N,N-Dimethylformamide MSDS

### Section 1: Chemical Product and Company Identification

**Product Name:** N,N-Dimethylformamide

**Catalog Codes:** SLD4261, SLD3331

**CAS#:** 68-12-2

**RTECS:** LQ2100000

**TSCA:** TSCA 8(b) inventory; N,N-Dimethylformamide

**CI#:** Not applicable.

**Synonym:** DMF; Dimethyl Formamide

**Chemical Name:** N,N-Dimethylformamide

**Chemical Formula:** HCON(CH3)2

**Contact Information:**

Sciencelab.com, Inc.
14025 Smith Rd.
Houston, Texas 77396

US Sales: **1-800-901-7247**
International Sales: 1-281-441-4400

Order Online: ScienceLab.com

**CHEMTREC (24HR Emergency Telephone), call:**
1-800-424-9300

**International CHEMTREC, call:** 1-703-527-3887

**For non-emergency assistance, call:** 1-281-441-4400

### Section 2: Composition and Information on Ingredients

**Composition:**

| Name | CAS # | % by Weight |
|---|---|---|
| {N,N-}Dimethylformamide | 68-12-2 | 100 |

**Toxicological Data on Ingredients:** N,N-Dimethylformamide: ORAL (LD50): Acute: 2800 mg/kg [Rat]. 2900 mg/kg [Mouse]. 5000 mg/kg [Rabbit]. DERMAL (LD50). Acute: 4720 mg/kg [Rabbit].

### Section 3: Hazards Identification

**Potential Acute Health Effects:** Hazardous in case of skin contact (irritant, permeator), of eye contact (irritant), of ingestion, of inhalation.

**Potential Chronic Health Effects:**
CARCINOGENIC EFFECTS: 3 (Not classifiable for human.) by IARC.
MUTAGENIC EFFECTS: Mutagenic for mammalian somatic cells. Mutagenic for bacteria and/or yeast.
TERATOGENIC EFFECTS: Classified POSSIBLE for human.
DEVELOPMENTAL TOXICITY: Classified Reproductive system/toxin/female, Reproductive system/toxin/male
[POSSIBLE].
The substance is toxic to kidneys, liver, central nervous system (CNS).
The substance may be toxic to blood, the nervous system.
Repeated or prolonged exposure to the substance can produce target organs damage.

p. 1

## Section 4: First Aid Measures

**Eye Contact:**
Check for and remove any contact lenses. Immediately flush eyes with running water for at least 15 minutes, keeping eyelids open. Cold water may be used. Get medical attention.

**Skin Contact:**
In case of contact, immediately flush skin with plenty of water. Cover the irritated skin with an emollient. Remove contaminated clothing and shoes. Cold water may be used. Wash clothing before reuse. Thoroughly clean shoes before reuse. Get medical attention.

**Serious Skin Contact:**
Wash with a disinfectant soap and cover the contaminated skin with an anti-bacterial cream. Seek immediate medical attention.

**Inhalation:**
If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Get medical attention.

**Serious Inhalation:**
Evacuate the victim to a safe area as soon as possible. Loosen tight clothing such as a collar, tie, belt or waistband. If breathing is difficult, administer oxygen. If the victim is not breathing, perform mouth-to-mouth resuscitation. WARNING: It may be hazardous to the person providing aid to give mouth-to-mouth resuscitation when the inhaled material is toxic, infectious or corrosive. Seek medical attention.

**Ingestion:**
Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Loosen tight clothing such as a collar, tie, belt or waistband. Get medical attention if symptoms appear.

**Serious Ingestion:** Not available.

## Section 5: Fire and Explosion Data

**Flammability of the Product:** Flammable.

**Auto-Ignition Temperature:** 445°C (833°F)

**Flash Points:** CLOSED CUP: 57.778°C (136°F). (Tagliabue.) OPEN CUP: 67°C (152.6°F).

**Flammable Limits:** LOWER: 2.2% UPPER: 15.2%

**Products of Combustion:** These products are carbon oxides (CO, CO2), nitrogen oxides (NO, NO2...).

**Fire Hazards in Presence of Various Substances:**
Flammable in presence of open flames and sparks, of heat.
Non-flammable in presence of shocks.

**Explosion Hazards in Presence of Various Substances:**
Risks of explosion of the product in presence of mechanical impact: Not available.
Risks of explosion of the product in presence of static discharge: Not available.

**Fire Fighting Media and Instructions:**
Flammable liquid, soluble or dispersed in water.
SMALL FIRE: Use DRY chemical powder.
LARGE FIRE: Use alcohol foam, water spray or fog. Cool containing vessels with water jet in order to prevent pressure build-up, autoignition or explosion.

**Special Remarks on Fire Hazards:** Not available.

**Special Remarks on Explosion Hazards:**

A mixture of triethylaluminum and DMF explodes when heated.
DMF + potassium permanganate may explode.

## Section 6: Accidental Release Measures

**Small Spill:**
Dilute with water and mop up, or absorb with an inert dry material and place in an appropriate waste disposal container.

**Large Spill:**
Flammable liquid.
Keep away from heat. Keep away from sources of ignition. Stop leak if without risk. Absorb with DRY earth, sand or other non-combustible material. Do not touch spilled material. Prevent entry into sewers, basements or confined areas; dike if needed. Be careful that the product is not present at a concentration level above TLV. Check TLV on the MSDS and with local authorities.

## Section 7: Handling and Storage

**Precautions:**
Keep locked up.. Keep away from heat. Keep away from sources of ignition. Ground all equipment containing material. Do not ingest. Do not breathe gas/fumes/ vapor/spray. Wear suitable protective clothing. In case of insufficient ventilation, wear suitable respiratory equipment. If ingested, seek medical advice immediately and show the container or the label. Avoid contact with skin and eyes. Keep away from incompatibles such as oxidizing agents, acids.

**Storage:**
Store in a segregated and approved area. Keep container in a cool, well-ventilated area. Keep container tightly closed and sealed until ready for use. Avoid all possible sources of ignition (spark or flame).

## Section 8: Exposure Controls/Personal Protection

**Engineering Controls:**
Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value. Ensure that eyewash stations and safety showers are proximal to the work-station location.

**Personal Protection:**
Splash goggles. Lab coat. Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Gloves.

**Personal Protection in Case of a Large Spill:**
Splash goggles. Full suit. Vapor respirator. Boots. Gloves. A self contained breathing apparatus should be used to avoid inhalation of the product. Suggested protective clothing might not be sufficient; consult a specialist BEFORE handling this product.

**Exposure Limits:**
TWA: 10 (ppm) from ACGIH (TLV) [United States]
TWA: 30 (mg/m3) from ACGIH (TLV) [United States]
Consult local authorities for acceptable exposure limits.

## Section 9: Physical and Chemical Properties

**Physical state and appearance:** Liquid.

**Odor:** Amine like. (Slight.)

**Taste:** Not available.

**Molecular Weight:** 73.09 g/mole

**Color:** Colorless to light yellow.

**pH (1% soln/water):** Not available.

**Boiling Point:** 153°C (307.4°F)

**Melting Point:** -61°C (-77.8°F)

**Critical Temperature:** 374°C (705.2°F)

**Specific Gravity:** 0.949 (Water = 1)

**Vapor Pressure:** 0.3 kPa (@ 20°C)

**Vapor Density:** 2.51 (Air = 1)

**Volatility:** Not available.

**Odor Threshold:** 100 ppm

**Water/Oil Dist. Coeff.:** The product is more soluble in water; log(oil/water) = -1

**Ionicity (in Water):** Not available.

**Dispersion Properties:** See solubility in water, diethyl ether, acetone.

**Solubility:**
Easily soluble in cold water, hot water.
Soluble in diethyl ether, acetone.
Miscible organic solvents.
Soluble in benzene, and chloroform.

## Section 10: Stability and Reactivity Data

**Stability:** The product is stable.

**Instability Temperature:** Not available.

**Conditions of Instability:** Heat, ignition sources (sparks, flames), incompatible materials

**Incompatibility with various substances:** Reactive with oxidizing agents, acids.

**Corrosivity:** Non-corrosive in presence of glass.

**Special Remarks on Reactivity:**
Can react vigorously with oxidizing agents, halogenated hydrocarbons, and inorganic nitrates.
Incompatible with carbon tetrachloride, alkyl aluminums, sodium tetrahydroborate, nitrates, chromic acid, diisocyanatomethane, triethylaluminum, sodium hydride, lithium azide, metallic sodium, bromine, magnesium nitrate, potassium permanganate, nitric acid, chromium trioxide, borohydrides, phosphorus trioxide, diborane, octafluoroisobutyrate, sodium nitrite, perchloryl fluoride, postassium methyl 4,4'-dinitrobutyrate.
Reaction with inorganic acid chlorides, such as phosphorous oxychloride and thionyl chloride, may form dimethylcarbamoyl, a suspect carcinogen.
May release dimethylamine and carbon monoixde if heated above 350 C (662 F).

**Special Remarks on Corrosivity:**
Pure dimethylformamide is essentially non-corrosive to metals. However copper, tin and their alloys should be avoided.

**Polymerization:** Will not occur.

## Section 11: Toxicological Information

**Routes of Entry:** Absorbed through skin. Dermal contact. Eye contact. Inhalation. Ingestion.

**Toxicity to Animals:**
WARNING: THE LC50 VALUES HEREUNDER ARE ESTIMATED ON THE BASIS OF A 4-HOUR EXPOSURE.
Acute oral toxicity (LD50): 2800 mg/kg [Rat].
Acute dermal toxicity (LD50): 4720 mg/kg [Rabbit].
Acute toxicity of the vapor (LC50): 9400 1 hours [Mouse].

**Chronic Effects on Humans:**
CARCINOGENIC EFFECTS: 3 (Not classifiable for human.) by IARC.
MUTAGENIC EFFECTS: Mutagenic for mammalian somatic cells. Mutagenic for bacteria and/or yeast.
TERATOGENIC EFFECTS: Classified POSSIBLE for human.
DEVELOPMENTAL TOXICITY: Classified Reproductive system/toxin/female. Reproductive system/toxin/male
[POSSIBLE].
Causes damage to the following organs: kidneys, liver, central nervous system (CNS).
May cause damage to the following organs: blood, the nervous system.

**Other Toxic Effects on Humans:** Hazardous in case of skin contact (irritant, permeator), of ingestion, of inhalation.

**Special Remarks on Toxicity to Animals:**
Lowest Published Lethal Dose.
LCL[Rat] – Route: Inhalation; Dose: 5000 ppm/6H

**Special Remarks on Chronic Effects on Humans:**
May affect genetic material.
May cause adverse reproductive effects(paternal and maternal) and birth defects. Embryotoxic and/or foetotoxic
in animal. Passes through the placental barrier in animal.
May cause cancer although IARC evidence for cancer in humans shows inadequate data.

**Special Remarks on other Toxic Effects on Humans:**
Acute Potential Health Effects:
Skin: Causes skin irritation with itching, burning, redness, swelling, or rash. It may be absorbed through the skin
in toxic amounts and cause systemic effects similar to that of ingestion. It may facilitate the absorption of other
chemical substances through the skin. If there is significant potential for skin contact, monitoring should be done
to measure the level of DMF metabolites in urine specimans at the end of the shift. It is common practice to limit
end-of-shift metabolites at or below 40 ppm expressed as n-monomethylformamide or a single individual or at or
below 20 ppm MMF for several workers doing the same job.
Eyes: Causes eye irritation (possibly severe) with tearing pain or blurred vision.
Inhalation: May cause respiratory tract irritation. Short-term overexposure by inhalation may affect
behavior/central nervous system (convulsions, muscle weakness and other symptoms similar to that of acute
ingestion), respiration (dyspnea).
Ingestion: It can cause gastrointestinal tract irritation with heartburn, abdominal pain, nausea, vomiting or
diarrhea. It may also affect the cardiovascular system (hypertension, tachycardia, ECG abnormalities), blood
(elevated white blood cell counts), and liver damage (hepatomegaly, jaundice, altered liver enzymes, fatty liver

## Section 12: Ecological Information

**Ecotoxicity:** Not available.

**BOD5 and COD:** Not available.

**Products of Biodegradation:**
Possibly hazardous short term degradation products are not likely. However, long term degradation products may
arise.

**Toxicity of the Products of Biodegradation:** The products of degradation are less toxic than the product itself.

**Special Remarks on the Products of Biodegradation:** Not available.

## Section 13: Disposal Considerations

**Waste Disposal:**
Waste must be disposed of in accordance with federal, state and local environmental control regulations.

## Section 14: Transport Information

**DOT Classification:** CLASS 3: Flammable liquid.

**Identification:** : N,N-Dimethylformamide UNNA: 2265 PG: III

**Special Provisions for Transport:** Not available.

## Section 15: Other Regulatory Information

**Federal and State Regulations:**
Illinois toxic substances disclosure to employee act: N,N-Dimethylformamide
Illinois chemical safety act: N,N-Dimethylformamide
New York release reporting list: N,N-Dimethylformamide
Rhode Island RTK hazardous substances: N,N-Dimethylformamide
Pennsylvania RTK: N,N-Dimethylformamide
Minnesota: N,N-Dimethylformamide
Massachusetts RTK: N,N-Dimethylformamide
Massachusetts spill list: N,N-Dimethylformamide
New Jersey: N,N-Dimethylformamide
New Jersey spill list: N,N-Dimethylformamide
Louisiana spill reporting: N,N-Dimethylformamide
California Director's List of Hazardous Substances: N,N-Dimethylformamide
TSCA 8(b) inventory: N,N-Dimethylformamide
TSCA 8(d) H and S data reporting: N,N-Dimethylformamide: 12/19/95
SARA 313 toxic chemical notification and release reporting: N,N-Dimethylformamide
CERCLA: Hazardous substances.: N,N-Dimethylformamide: 100 lbs. (45.36 kg)

**Other Regulations:**
OSHA: Hazardous by definition of Hazard Communication Standard (29 CFR 1910.1200).
EINECS: This product is on the European Inventory of Existing Commercial Chemical Substances.

**Other Classifications:**

**WHMIS (Canada):**
CLASS B-3: Combustible liquid with a flash point between 37.8°C (100°F) and 93.3°C (200°F).
CLASS D-2A: Material causing other toxic effects (VERY TOXIC).

**DSCL (EEC):**
R20/21- Harmful by inhalation and in contact with skin.
R36- Irritating to eyes.
R61- May cause harm to the unborn child.
S45- In case of accident or if you feel unwell, seek medical advice immediately (show the label where possible).
S53- Avoid exposure - obtain special instructions before use.

**HMIS (U.S.A.):**

 Health Hazard: 2

Fire Hazard: 2

Reactivity: 0

Personal Protection: h

**National Fire Protection Association (U.S.A.):**

Health: 1

Flammability: 2

Reactivity: 0

Specific hazard:

**Protective Equipment:**
Gloves.
Lab coat.
Vapor respirator. Be sure to use an
approved/certified respirator or
equivalent. Wear appropriate respirator
when ventilation is inadequate.
Splash goggles.

## Section 16: Other Information

**References:** Not available.

**Other Special Considerations:** Not available.

**Created:** 10/09/2005 05:12 PM

**Last Updated:** 10/09/2005 05:12 PM

*The information above is believed to be accurate and represents the best information currently available to us. However, we make no warranty of merchantability or any other warranty, express or implied, with respect to such information, and we assume no liability resulting from its use. Users should make their own investigations to determine the suitability of the information for their particular purposes. In no event shall ScienceLab.com be liable for any claims, losses, or damages of any third party or for lost profits or any special, indirect, incidental, consequential or exemplary damages, howsoever arising, even if ScienceLab.com has been advised of the possibility of such damages.*

# SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)

## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA



---

### SECTION 1:  PRODUCT AND COMPANY IDENTIFICATION

**PRODUCT NAME:**   SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)

**SYNONYMS:**   DMF; N, N-Dimethylformamide

**PRODUCT PART NUMBERS:**   1021933, 1024933

**PRODUCT USE:**   General solvent.
If this product is used in combination with other products, refer to the Material Safety Data Sheets for those products.

---

**24-HOUR EMERGENCY PHONE NUMBERS**

These numbers are for emergency use only. If you desire non-emergency product information, please call a phone number listed below.

| | MEDICAL: | TRANSPORTATION (SPILL): |
|---|---|---|
| | 1-800-752-7869 | 1-800-468-1760 |

---

**SUPPLIER:**   Safety-Kleen Systems, Inc.
5400 Legacy Drive
Cluster II, Building 3
Plano, Texas  75024
USA
**1-800-669-5740**

**TECHNICAL INFORMATION:  1-800-669-5740, Press 1 then Extension 7500**

**MSDS FORM NUMBER:** 82722

**ISSUE:** December 12, 2002

**ORIGINAL ISSUE:** September 19, 1997

**SUPERSEDES:** November 6, 2000

**PREPARED BY:** Product MSDS Coordinator

**APPROVED BY:** MSDS Task Force

# SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
# MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

## SECTION 2: COMPOSITION/INFORMATION ON INGREDIENTS

| WT% | NAME | SYNONYM | CAS NO. | OSHA PEL TWA | STEL | ACGIH TLV® TWA | STEL | LD[a] | LC[b] |
|---|---|---|---|---|---|---|---|---|---|
| 100 | N, N-Dimethyl-formamide | Dimethylformamide , DMF | 68-12-2 | 10 ppm (skin) | N.Av. | 10 ppm (skin) | N.Av. | 2800 (4720 $mg/kg^{c}$) | N.Av |

N.Av. = Not Available    [a]Oral-Rat $LD_{50}$ (mg/kg)    [b]Inhalation-Rat $LC_{50}$    [c]Skin-Rabbit $LD_{50}$

## SECTION 3: HAZARDS IDENTIFICATION

### EMERGENCY OVERVIEW

**APPEARANCE**
Liquid, colorless to yellow, fishy odor.

**WARNING!**

**PHYSICAL HAZARD**
Combustible liquid and vapor.

**HEALTH HAZARDS**
May be harmful if inhaled.
May be harmful if absorbed through skin.
May be harmful if swallowed.
May irritate the respiratory tract (nose, throat, and lungs), eyes, and skin.
Contains material which may cause birth defects.
Contains material which may cause liver, kidney, and heart damage.

**ENVIRONMENTAL HAZARDS**
Highly toxic to aquatic life.

**POTENTIAL HEALTH EFFECTS**

**INHALATION (BREATHING):** High concentrations of vapor or mist may be harmful if inhaled. High concentrations of vapor or mist may irritate the respiratory tract (nose, throat, and lungs). High concentrations of vapor or mist may cause facial flush, high blood pressure, abdominal pain and spasms, constipation, diarrhea, appetite loss, and other signs of liver injury.

**EYES:** May cause irritation, redness, pain, tearing, and blurred vision.

**SKIN:** May cause irritation, redness, and pain. Dimethylformamide may be absorbed through the skin and cause harm as noted under **INHALATION (BREATHING).**

## SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

**INGESTION (SWALLOWING):** May be harmful if swallowed. May cause throat irritation, nausea, vomiting, and other signs of liver injury as noted under **INHALATION (BREATHING)**. Breathing product into the lungs during ingestion or vomiting may cause lung injury and possible death.

**MEDICAL CONDITIONS AGGRAVATED BY EXPOSURE:** Individuals with pre-existing liver, kidney, respiratory tract (nose, throat, and lungs), eye, and/or skin disorders may have increased susceptibility to the effects of exposure.

**CHRONIC:** Prolonged or repeated inhalation may cause liver, kidney, heart, and/or other toxic effects as noted under **INHALATION (BREATHING)**. Prolonged or repeated eye contact may cause inflammation of the membrane lining the eyelids and covering the eyeball (conjunctivitis). Prolonged or repeated skin contact may cause drying, cracking, redness, itching, and/or swelling (dermatitis).

**CANCER INFORMATION:** No known carcinogenicity. For more information, see **SECTION 11: CARCINOGENICITY**.

**POTENTIAL ENVIRONMENTAL EFFECTS**
Product is highly toxic to aquatic life. Also see **SECTION 12: ECOLOGICAL INFORMATION**.

| SECTION 4: FIRST AID MEASURES |
|---|

**INHALATION: (BREATHING)** Remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Oxygen should only be administered by qualified personnel. Someone should stay with victim. Get medical attention if breathing difficulty persists.

**EYES:** If irritation or redness from exposure to vapor develops, move away from exposure into fresh air. Upon contact, immediately flush eyes with plenty of lukewarm water, holding eyelids apart, for 15 minutes. Get medical attention.

**SKIN:** Remove affected clothing and shoes. Wash skin thoroughly with soap and water. Get medical attention if irritation or pain develops or persists.

**INGESTION: (SWALLOWING)** Do NOT induce vomiting. Immediately get medical attention. Call 1-800-752-7869 for additional information.
If spontaneous vomiting occurs, keep head below hips to avoid breathing the product into the lungs. Never give anything to an unconscious person by mouth.

## SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

| NOTE TO PHYSICIANS: | Treat symptomatically and supportively. Administration of gastric lavage and activated charcoal slurry, if warranted, should be performed by qualified medical personnel. Treatment may vary with condition of victim and specifics of incident. Call 1-800-752-7869 for additional information. |
|---|---|

### SECTION 5: FIRE FIGHTING MEASURES

| FLASH POINT: | 136°F (68°C) Closed Cup<br>153°F (67°C) Open Cup |
|---|---|
| FLAMMABLE LIMITS IN AIR: | **LOWER:** 2.2 VOL% at 212°F (100°C)<br>**UPPER:** 15.2 VOL% at 212°F (100°C) |
| AUTOIGNITION TEMPERATURE: | 833°F (445°C) |
| HAZARDOUS COMBUSTION PRODUCTS: | Decomposition and combustion materials may be toxic. Burning may produce nitrogen oxides, carbon monoxide, and unidentified organic compounds. |
| CONDITIONS OF FLAMMABILITY: | Heat, sparks, or flame. |
| EXTINGUISHING MEDIA: | Carbon dioxide, alcohol-resistant foam, dry chemical, water spray, or water fog. |

NFPA 704
HAZARD
IDENTIFICATION:

This information is intended solely for the use by individuals trained in this system.



| FIRE FIGHTING INSTRUCTIONS: | Keep storage containers cool with water spray. A positive-pressure, self-contained breathing apparatus (SCBA) and full-body protective equipment are required for fire emergencies. |
|---|---|

## SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

| | |
|---|---|
| **FIRE AND EXPLOSION HAZARDS:** | Vapor explosion hazard indoors, outdoors, or in sewers. Vapors may travel to ignition source and flashback. Vapors will spread along the ground and collect in low or confined areas. Run-off to sewer may create a fire hazard. Heated containers may rupture. "Empty" containers may retain residue and can be dangerous. Product is not sensitive to mechanical impact. Product may be sensitive to static discharge, which could result in fire or explosion. |

### SECTION 6: ACCIDENTAL RELEASE MEASURES

Remove all ignition sources. Do not touch or walk through spilled product. Stop leak if you can do it without risk. Wear protective equipment and provide engineering controls as specified in **SECTION 8: EXPOSURE CONTROLS/PERSONAL PROTECTION.** Isolate hazard area. Keep unnecessary and unprotected personnel from entering. Ventilate area and avoid breathing vapor or mist. A vapor suppressing foam may be used to reduce vapors. Contain spill away from surface waters and sewers. Contain spill as a liquid for possible recovery, or sorb with compatible sorbent material and shovel with a clean, sparkproof tool into a sealable container for disposal.

Additionally, for large spills: Water spray may reduce vapor, but may not prevent ignition in closed spaces. Dike far ahead of liquid spill for collection and later disposal.

There may be specific federal regulatory reporting requirements associated with spills, leaks, or releases of this product. Also see **SECTION 15: REGULATORY INFORMATION.**

### SECTION 7: HANDLING AND STORAGE

| | |
|---|---|
| **HANDLING:** | Keep away from heat, sparks, or flame. Where flammable mixtures may be present, equipment safe for such locations should be used. Use clean, sparkproof tools and explosion-proof equipment. When transferring product, metal containers, including trucks and tank cars, should be grounded and bonded. Do not breathe vapor or mist. Use in a well ventilated area. Avoid contact with eyes, skin, clothing, and shoes. Do not smoke while using this product. |
| **SHIPPING AND STORING:** | Keep container tightly closed when not in use and during transport. Do not pressurize, cut, weld, braze, solder, drill, or grind containers. Keep containers away from heat, flame, sparks, static electricity, or other sources of ignition; containers may explode and cause injury or death. Empty product containers may retain product residue and can be dangerous. See **SECTION 14: TRANSPORT INFORMATION** for Packing Group Information. |

## SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

---

### SECTION 8:  EXPOSURE CONTROLS/PERSONAL PROTECTION

**ENGINEERING CONTROLS:**  Provide general ventilation needed to maintain concentration of vapor or mist below applicable exposure limits.  Where adequate general ventilation is unavailable, use process enclosures, local exhaust ventilation, or other engineering controls to control airborne levels below applicable exposure limits.  Where explosive mixtures may be present, equipment safe for such locations should be used.

**PERSONAL PROTECTIVE EQUIPMENT**

**RESPIRATORY PROTECTION:**  Use NIOSH-certified, air-purifying respirators with organic vapor cartridges when concentration of vapor or mist exceeds applicable exposure limits.  Protection provided by air-purifying respirators is limited.  Selection and use of respiratory protective equipment should be in accordance in the USA with OSHA General Industry Standard 29 CFR 1910.134; or in Canada with CSA Standard Z94.4.

**EYE PROTECTION:**  Where eye contact is likely, wear chemical goggles; contact lens use is not recommended.

**SKIN PROTECTION:**  Where skin contact is likely, wear butyl rubber, Teflon®, laminate (Ansell Edmont Barrier®, North Silver Shield®, Safety 4 4h®), or equivalent protective gloves; use of neoprene, natural rubber (latex) or equivalent gloves is not recommended.

To avoid prolonged or repeated contact with product where spills and splashes are likely, wear appropriate chemical-resistant faceshield, boots, apron, whole body suits, or other protective clothing.

**PERSONAL HYGIENE:**  Use good personal hygiene.  Wash thoroughly with soap and water after handling product and before eating, drinking, or using tobacco products.  Clean affected clothing, shoes, and protective equipment before reuse.  Discard affected clothing, shoes, and/or protective equipment if they cannot be thoroughly cleaned.  Discard leather articles, such as shoes, saturated with the product.

**OTHER PROTECTIVE EQUIPMENT:**  Where spills and splashes are likely, facilities storing or using this product should be equipped with an emergency eyewash and shower, both equipped with clean water, in the immediate work area.

---

### SECTION 9:  PHYSICAL AND CHEMICAL PROPERTIES

**PHYSICAL STATE, APPEARANCE, AND ODOR:**   Liquid, colorless and yellow, fishy odor.

## SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

| | |
|---|---|
| **ODOR THRESHOLD:** | 100 ppm |
| **MOLECULAR WEIGHT:** | 73.1 |
| **SPECIFIC GRAVITY:** | 0.95 (water = 1) |
| **DENSITY:** | 7.9 LB/US gal (950 g/l) |
| **VAPOR DENSITY:** | 2.5 (air = 1) |
| **VAPOR PRESSURE:** | 3.7 mm Hg at 70°F (25°C) |
| **BOILING POINT:** | 307°F (153°C) |
| **FREEZING/MELTING POINT:** | -78°F (-61°C) |
| **pH:** | Not applicable. |
| **EVAPORATION RATE:** | less than 1 (butyl acetate = 1) |
| **SOLUBILITY IN WATER:** | Complete. |
| **FLASH POINT:** | 136°F (68°C) Closed Cup<br>153°F (67°C) Open Cup |
| **FLAMMABLE LIMITS IN AIR:** | **LOWER:** 2.2 VOL% at 212°F (100°C)<br>**UPPER:** 15.2 VOL% at 212°F (100°C) |
| **AUTOIGNITION**<br>**TEMPERATURE:** | 833°F (445°C) |

### SECTION 10: STABILITY AND REACTIVITY

| | |
|---|---|
| **STABILITY:** | Stable under normal temperatures and pressures. Avoid heat, sparks, or flame. |
| **INCOMPATIBILITY:** | Avoid acids, oxidizing agents, reducing agents, reactive halogens, or reactive metals. |
| **REACTIVITY:** | Polymerization is not known to occur under normal temperatures and pressures. Not reactive with water. |
| **HAZARDOUS**<br>**DECOMPOSITION**<br>**PRODUCTS:** | None under normal temperatures and pressures. Also see **SECTION 5: HAZARDOUS COMBUSTION PRODUCTS.** |

## SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

| SECTION 11: TOXICOLOGICAL INFORMATION |
|---|

**SENSITIZATION:**   Dimethylformamide has demonstrated human effects of skin sensitization.

**MUTAGENICITY:**   Dimethylformamide has demonstrated human effects of mutagenicity.

**CARCINOGENICITY:** Based on best current information, there is no known carcinogenicity as regulated by OSHA; as categorized by ACGIH A1 or A2 substances; as categorized by IARC Group 1, Group 2A, or Group 2B agents; or as listed by NTP as either known carcinogens or substances for which there is limited evidence of carcinogenicity in humans or sufficient evidence of carcinogenicity in experimental animals.

**REPRODUCTIVE**   Dimethylformamide has demonstrated animal effects of reproductive
**TOXICITY:**   toxicity.

**TERATOGENICITY:**   Dimethylformamide has demonstrated animal effects of teratogenicity.

**TOXICOLOGICALLY** Based on best current information, there are no known
**SYNERGISTIC** toxicologically synergistic products associated with this
**PRODUCT(S):** product.

| SECTION 12: ECOLOGICAL INFORMATION |
|---|

**ECOTOXICITY:**   300 ug/L 96 hours $LC_{50}$ Channel catfish (Ictalurus puncatus) Highly toxic to aquatic life.

**OCTANOL/WATER**
**PARTITION COEFFICIENT:**   Log $P_{ow}$= -1.01

**VOLATILE ORGANIC**   100 WT%; 7.9 LB/US gal; 950 g/l
**COMPOUNDS:**   As per 40 CFR Part 51.100(s).

| SECTION 13: DISPOSAL CONSIDERATIONS |
|---|

**DISPOSAL:**   Dispose in accordance with federal, state, provincial, and local regulations. Regulations may also apply to empty containers. The responsibility for proper waste disposal lies with the owner of the waste. Contact Safety-Kleen regarding proper recycling or disposal.

**USEPA WASTE**   D001
**CODE(S):**   Based on available data, this information applies to the product as supplied to the user. Processing, use, or contamination by the user may change the waste code(s) applicable to the disposal of this product.

## SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
## MATERIAL SAFETY DATA SHEET FOR USA AND CANADA

### SECTION 14:  TRANSPORT INFORMATION

**DOT:**  N, N-Dimethylformamide, 3, UN 2265, PGIII

**TDG:**  N, N-Dimethylformamide, Class 3, UN 2265, PGIII

**EMERGENCY RESPONSE**  129
**GUIDE NUMBER:**  Reference *North American Emergency Response Guidebook*

### SECTION 15:  REGULATORY INFORMATION

**USA REGULATIONS**

**SARA SECTIONS 302 AND 304:**  Based on the ingredients listed in **SECTION 2**, this product does not contain any "extremely hazardous substances" listed pursuant to Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA) Section 302 or Section 304 as identified in 40 CFR Part 355, Appendix A and B.

**SARA SECTIONS 311 AND 312:**  This product poses the following physical and health hazards as defined in 40 CFR Part 370 and is subject to the requirements of sections 311 and 312 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA):
Immediate (Acute) Health Hazard
Delayed (Chronic) Health Hazard
Fire Hazard

**SARA SECTION 313:**  The following component is subject to the requirements of section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA) and 40 CFR Part 372.

| Material | CAS |
|---|---|
| N, N-Dimethyl-formamide | 68-12-2 |

**CERCLA:**  Based on the ingredients listed in **SECTION 2**, this product contains the following "hazardous substance" listed under the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA) in 40 CFR Part 302, Table 302.4 with the following reportable quantity (RQ):

| Material | CAS | RQ |
|---|---|---|
| N, N-Dimethyl-formamide | 68-12-2 | 100 LB |

**TSCA:**  All the components of this product are listed on the TSCA Inventory.

**SAFETY-KLEEN DIMETHYLFORMAMIDE (RECYCLED)
MATERIAL SAFETY DATA SHEET FOR USA AND CANADA**

**CALIFORNIA:** This product does not contain detectable amounts of any chemical known to the State of California to cause cancer.

This product does not contain detectable amounts of any chemical known to the State of California to cause birth defects or other reproductive harm.

**CANADIAN REGULATIONS**
This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all the information required by the CPR.

**WHMIS:** B3, D2B

**CANADIAN
ENVIRONMENTAL
PROTECTION ACT
(CEPA):** All the components of this product are listed on the Canadian Domestic Substances List (DSL).

| SECTION 16: OTHER INFORMATION |
|---|

**REVISION INFORMATION:** Updated with Safety-Kleen Texas address, modified Medical Emergency phone number, modified Transportation Spill number and modified Technical Information phone number.

**LABEL/OTHER INFORMATION:** Not available.

User assumes all risks incident to the use of this product. To the best of our knowledge, the information contained herein is accurate. However, Safety-Kleen assumes no liability whatsoever for the accuracy or completeness of the information contained herein. No representations or warranties, either express or implied, of merchantability, fitness for a particular purpose or of any other nature are made hereunder with respect to information or the product to which information refers. The data contained on this sheet apply to the product as supplied to the user.



©2002 Printed in the USA.







| Health | 2 |
|---|---|
| Fire | 2 |
| Reactivity | 0 |
| Personal Protection | H |

## Material Safety Data Sheet
## N,N-Dimethylformamide MSDS

### Section 1: Chemical Product and Company Identification

**Product Name:** N,N-Dimethylformamide

**Catalog Codes:** SLD4261, SLD3331

**CAS#:** 68-12-2

**RTECS:** LQ2100000

**TSCA:** TSCA 8(b) inventory: N,N-Dimethylformamide

**CI#:** Not applicable.

**Synonym:** DMF; Dimethyl Formamide

**Chemical Name:** N,N-Dimethylformamide

**Chemical Formula:** HCON(CH3)2

**Contact Information:**

Sciencelab.com, Inc.
14025 Smith Rd.
Houston, Texas 77396

US Sales: **1-800-901-7247**
International Sales: **1-281-441-4400**

Order Online: ScienceLab.com

**CHEMTREC (24HR Emergency Telephone), call:**
1-800-424-9300

**International CHEMTREC, call:** 1-703-527-3887

**For non-emergency assistance, call:** 1-281-441-4400

### Section 2: Composition and Information on Ingredients

**Composition:**

| Name | CAS # | % by Weight |
|---|---|---|
| {N,N-}Dimethylformamide | 68-12-2 | 100 |

**Toxicological Data on Ingredients:** N,N-Dimethylformamide: ORAL (LD50): Acute: 2800 mg/kg [Rat]. 2900 mg/kg [Mouse]. 5000 mg/kg [Rabbit]. DERMAL (LD50): Acute: 4720 mg/kg [Rabbit].

### Section 3: Hazards Identification

**Potential Acute Health Effects:** Hazardous in case of skin contact (irritant, permeator), of eye contact (irritant), of ingestion, of inhalation.

**Potential Chronic Health Effects:**
CARCINOGENIC EFFECTS: 3 (Not classifiable for human.) by IARC.
MUTAGENIC EFFECTS: Mutagenic for mammalian somatic cells. Mutagenic for bacteria and/or yeast.
TERATOGENIC EFFECTS: Classified POSSIBLE for human.
DEVELOPMENTAL TOXICITY. Classified Reproductive system/toxin/female, Reproductive system/toxin/male [POSSIBLE].
The substance is toxic to kidneys, liver, central nervous system (CNS).
The substance may be toxic to blood, the nervous system.
Repeated or prolonged exposure to the substance can produce target organs damage.

## Section 4: First Aid Measures

**Eye Contact:**
Check for and remove any contact lenses. Immediately flush eyes with running water for at least 15 minutes, keeping eyelids open. Cold water may be used. Get medical attention.

**Skin Contact:**
In case of contact, immediately flush skin with plenty of water. Cover the irritated skin with an emollient. Remove contaminated clothing and shoes. Cold water may be used.Wash clothing before reuse. Thoroughly clean shoes before reuse. Get medical attention.

**Serious Skin Contact:**
Wash with a disinfectant soap and cover the contaminated skin with an anti-bacterial cream. Seek immediate medical attention.

**Inhalation:**
If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Get medical attention.

**Serious Inhalation:**
Evacuate the victim to a safe area as soon as possible. Loosen tight clothing such as a collar, tie, belt or waistband. If breathing is difficult, administer oxygen. If the victim is not breathing, perform mouth-to-mouth resuscitation. WARNING: It may be hazardous to the person providing aid to give mouth-to-mouth resuscitation when the inhaled material is toxic, infectious or corrosive. Seek medical attention.

**Ingestion:**
Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Loosen tight clothing such as a collar, tie, belt or waistband. Get medical attention if symptoms appear.

**Serious Ingestion:** Not available.

## Section 5: Fire and Explosion Data

**Flammability of the Product:** Flammable.

**Auto-Ignition Temperature:** 445°C (833°F)

**Flash Points:** CLOSED CUP: 57.778°C (136°F). (Tagliabue.) OPEN CUP: 67°C (152.6°F).

**Flammable Limits:** LOWER: 2.2% UPPER: 15.2%

**Products of Combustion:** These products are carbon oxides (CO, CO2), nitrogen oxides (NO, NO2...).

**Fire Hazards in Presence of Various Substances:**
Flammable in presence of open flames and sparks, of heat.
Non-flammable in presence of shocks.

**Explosion Hazards in Presence of Various Substances:**
Risks of explosion of the product in presence of mechanical impact: Not available.
Risks of explosion of the product in presence of static discharge: Not available.

**Fire Fighting Media and Instructions:**
Flammable liquid, soluble or dispersed in water.
SMALL FIRE: Use DRY chemical powder.
LARGE FIRE: Use alcohol foam, water spray or fog. Cool containing vessels with water jet in order to prevent pressure build-up, autoignition or explosion.

**Special Remarks on Fire Hazards:** Not available.

**Special Remarks on Explosion Hazards:**

p. 2

A mixture of triethylaluminum and DMF explodes when heated.
DMF + potassium permanganate may explode.

## Section 6: Accidental Release Measures

**Small Spill:**
Dilute with water and mop up, or absorb with an inert dry material and place in an appropriate waste disposal container.

**Large Spill:**
Flammable liquid.
Keep away from heat. Keep away from sources of ignition. Stop leak if without risk. Absorb with DRY earth, sand or other non-combustible material. Do not touch spilled material. Prevent entry into sewers, basements or confined areas; dike if needed. Be careful that the product is not present at a concentration level above TLV. Check TLV on the MSDS and with local authorities.

## Section 7: Handling and Storage

**Precautions:**
Keep locked up.. Keep away from heat. Keep away from sources of ignition. Ground all equipment containing material. Do not ingest. Do not breathe gas/fumes/ vapor/spray. Wear suitable protective clothing. In case of insufficient ventilation, wear suitable respiratory equipment. If ingested, seek medical advice immediately and show the container or the label. Avoid contact with skin and eyes. Keep away from incompatibles such as oxidizing agents, acids.

**Storage:**
Store in a segregated and approved area. Keep container in a cool, well-ventilated area. Keep container tightly closed and sealed until ready for use. Avoid all possible sources of ignition (spark or flame).

## Section 8: Exposure Controls/Personal Protection

**Engineering Controls:**
Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value. Ensure that eyewash stations and safety showers are proximal to the work-station location.

**Personal Protection:**
Splash goggles. Lab coat. Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Gloves.

**Personal Protection In Case of a Large Spill:**
Splash goggles. Full suit. Vapor respirator. Boots. Gloves. A self contained breathing apparatus should be used to avoid inhalation of the product. Suggested protective clothing might not be sufficient; consult a specialist BEFORE handling this product.

**Exposure Limits:**
TWA: 10 (ppm) from ACGIH (TLV) [United States]
TWA: 30 (mg/m3) from ACGIH (TLV) [United States]
Consult local authorities for acceptable exposure limits.

## Section 9: Physical and Chemical Properties

**Physical state and appearance:** Liquid.

**Odor:** Amine like. (Slight.)

**Taste:** Not available.

Molecular Weight: 73.09 g/mole

Color: Colorless to light yellow

pH (1% soln/water): Not available.

Boiling Point: 153°C (307.4°F)

Melting Point: -61°C (-77.8°F)

Critical Temperature: 374°C (705.2°F)

Specific Gravity: 0.949 (Water = 1)

Vapor Pressure: 0.3 kPa (@ 20°C)

Vapor Density: 2.51 (Air = 1)

Volatility: Not available.

Odor Threshold: 100 ppm

Water/Oil Dist. Coeff.: The product is more soluble in water; log(oil/water) = -1

Ionicity (in Water): Not available.

Dispersion Properties: See solubility in water, diethyl ether, acetone.

Solubility:
Easily soluble in cold water, hot water.
Soluble in diethyl ether, acetone.
Miscible organic solvents.
Soluble in benzene, and chloroform.

## Section 10: Stability and Reactivity Data

Stability: The product is stable.

Instability Temperature: Not available.

Conditions of Instability: Heat, ignition sources (sparks, flames), incompatible materials

Incompatibility with various substances: Reactive with oxidizing agents, acids.

Corrosivity: Non-corrosive in presence of glass.

Special Remarks on Reactivity:
Can react vigorously with oxidizing agents, halogenated hydrocarbons, and inorganic nitrates.
Incompatible with carbon tetrachloride, alkyl aluminums, sodium tetrahydroborate, nitrates, chromic acid,
diisocyanatomethane, triethylaluminum, sodium hydride, lithium azide, metallic sodium, bromine, magnesium
nitrate, potassium permanganate, nitric acid, chromium trioxide, borohydrides, phosphorus trioxide, diborane,
octafluoroisobutyrate, sodium nitrite, perchloryl fluoride, postassium methyl 4,4'-dinitrobutyrate.
Reaction with inorganic acid chlorides, such as phosphorous oxychloride and thionyl chloride, may form
dimethylcarbamoyl, a suspect carcinogen.
May release dimethylamine and carbon monoixde if heated above 350 C (662 F).

Special Remarks on Corrosivity:
Pure dimethylformamide is essentially non-corrosive to metals. However copper, tin and their alloys should be
avoided.

Polymerization: Will not occur.

## Section 11: Toxicological Information

**Routes of Entry:** Absorbed through skin. Dermal contact. Eye contact. Inhalation. Ingestion.

**Toxicity to Animals:**
WARNING: THE LC50 VALUES HEREUNDER ARE ESTIMATED ON THE BASIS OF A 4-HOUR EXPOSURE.
Acute oral toxicity (LD50): 2800 mg/kg [Rat].
Acute dermal toxicity (LD50): 4720 mg/kg [Rabbit].
Acute toxicity of the vapor (LC50): 9400 1 hours [Mouse].

**Chronic Effects on Humans:**
CARCINOGENIC EFFECTS: 3 (Not classifiable for human.) by IARC.
MUTAGENIC EFFECTS: Mutagenic for mammalian somatic cells. Mutagenic for bacteria and/or yeast.
TERATOGENIC EFFECTS: Classified POSSIBLE for human.
DEVELOPMENTAL TOXICITY: Classified Reproductive system/toxin/female. Reproductive system/toxin/male
[POSSIBLE].
Causes damage to the following organs: kidneys, liver, central nervous system (CNS).
May cause damage to the following organs: blood, the nervous system.

**Other Toxic Effects on Humans:** Hazardous in case of skin contact (irritant, permeator), of ingestion, of inhalation.

**Special Remarks on Toxicity to Animals:**
Lowest Published Lethal Dose:
LCL[Rat] - Route: Inhalation; Dose: 5000 ppm/6H

**Special Remarks on Chronic Effects on Humans:**
May affect genetic material.
May cause adverse reproductive effects(paternal and maternal) and birth defects. Embryotoxic and/or foetotoxic
in animal. Passes through the placental barrier in animal.
May cause cancer although IARC evidence for cancer in humans shows inadequate data.

**Special Remarks on other Toxic Effects on Humans:**
Acute Potential Health Effects:
Skin: Causes skin irritation with itching, burning, redness, swelling, or rash. It may be absorbed through the skin
in toxic amounts and cause systemic effects similar to that of ingestion. It may facilitate the absorption of other
chemical substances through the skin. If there is significant potential for skin contact, monitoring should be done
to measure the level of DMF metabolites in urine specimens at the end of the shift. It is common practice to limit
end-of-shift metabolites at or below 40 ppm expressed as n-monomethylformamide or a single individual or at or
below 20 ppm MMF for several workers doing the same job.
Eyes: Causes eye irritation (possibly severe) with tearing pain or blurred vision.
Inhalation: May cause respiratory tract irritation  Short-term overexposure by inhalation may affect
behavior/central nervous system (convulsions, muscle weakness and other symptoms similar to that of acute
ingestion), respiration (dyspnea).
Ingestion: It can cause gastrointestinal tract irritation with heartburn, abdominal pain, nausea, vomiting or
diarrhea. It may also affect the cardiovascular system (hypertension, tachycardia, ECG abnormalities), blood
(elevated white blood cell counts), and liver damage (hepatomegaly, jaundice, altered liver enzymes, fatty liver

## Section 12: Ecological Information

**Ecotoxicity:** Not available.

**BOD5 and COD:** Not available.

**Products of Biodegradation:**
Possibly hazardous short term degradation products are not likely. However, long term degradation products may
arise.

**Toxicity of the Products of Biodegradation:** The products of degradation are less toxic than the product itself.

**Special Remarks on the Products of Biodegradation:** Not available.

## Section 13: Disposal Considerations

**Waste Disposal:**
Waste must be disposed of in accordance with federal, state and local environmental control regulations.

## Section 14: Transport Information

**DOT Classification:** CLASS 3: Flammable liquid.

**Identification: :** N,N-Dimethylformamide UNNA: 2265 PG: III

**Special Provisions for Transport:** Not available.

## Section 15: Other Regulatory Information

**Federal and State Regulations:**
Illinois toxic substances disclosure to employee act: N,N-Dimethylformamide
Illinois chemical safety act: N,N-Dimethylformamide
New York release reporting list: N,N-Dimethylformamide
Rhode Island RTK hazardous substances: N,N-Dimethylformamide
Pennsylvania RTK: N,N-Dimethylformamide
Minnesota: N,N-Dimethylformamide
Massachusetts RTK: N,N-Dimethylformamide
Massachusetts spill list: N,N-Dimethylformamide
New Jersey: N,N-Dimethylformamide
New Jersey spill list: N,N-Dimethylformamide
Louisiana spill reporting: N,N-Dimethylformamide
California Director's List of Hazardous Substances: N,N-Dimethylformamide
TSCA 8(b) inventory: N,N-Dimethylformamide
TSCA 8(d) H and S data reporting: 12/19/95
SARA 313 toxic chemical notification and release reporting: N,N-Dimethylformamide
CERCLA: Hazardous substances.: N,N-Dimethylformamide: 100 lbs. (45.36 kg)

**Other Regulations:**
OSHA: Hazardous by definition of Hazard Communication Standard (29 CFR 1910.1200).
EINECS: This product is on the European Inventory of Existing Commercial Chemical Substances.

**Other Classifications:**

**WHMIS (Canada):**
CLASS B-3: Combustible liquid with a flash point between 37.8°C (100°F) and 93.3°C (200°F).
CLASS D-2A: Material causing other toxic effects (VERY TOXIC).

**DSCL (EEC):**
R20/21- Harmful by inhalation and in contact with skin.
R36- Irritating to eyes.
R61- May cause harm to the unborn child.
S45- In case of accident or if you feel unwell, seek medical advice immediately (show the label where possible).
S53- Avoid exposure - obtain special instructions before use.

**HMIS (U.S.A.):**

  Health Hazard: 2

Fire Hazard: 2

Reactivity: 0

Personal Protection: h

National Fire Protection Association (U.S.A.):

Health: 1

Flammability: 2

Reactivity: 0

Specific hazard:

Protective Equipment:
Gloves.
Lab coat.
Vapor respirator. Be sure to use an
approved/certified respirator or
equivalent. Wear appropriate respirator
when ventilation is inadequate.
Splash goggles.

## Section 16: Other Information

References: Not available.

Other Special Considerations: Not available.

Created: 10/09/2005 05:12 PM

Last Updated: 10/09/2005 05:12 PM

*The information above is believed to be accurate and represents the best information currently available to us. However, we make no warranty of merchantability or any other warranty, express or implied, with respect to such information, and we assume no liability resulting from its use. Users should make their own investigations to determine the suitability of the information for their particular purposes. In no event shall ScienceLab.com be liable for any claims, losses, or damages of any third party or for lost profits or any special, indirect, incidental, consequential or exemplary damages, howsoever arising, even if ScienceLab.com has been advised of the possibility of such damages.*

NIOSH Document: Pocket Guide to Chemical Hazards (2005-149) : ...          file:///C:/Documents%20and%20Settings/Herndon%20Inge%20III/Lo...

Case 1:06-cv-00345-CG-M    Document 121    Filed 09/05/07    Page 32 of 50    PageID #: 477

| CDC logo | CDC Home | CDC | CDC Health |
| --- | --- | --- | --- |

NIOSH - National Institute for Occupational Safety and Health

Skip navigation links Search NIOSH | NIOSH Home | NIOSH Topics | Site Index | Databases and Information Resources | NIOSH Products | Contact Us

NIOSH Publication No. 2005-149:                                                                 September 2005

# NIOSH Pocket Guide to Chemical Hazards

NPG Home | Introduction | Synonyms & Trade Names | Chemical Names | CAS Numbers | RTECS Numbers | Appendices | Search

## Carbon monoxide

**CAS**

630-08-0

## CO

**RTECS**

FG3500000

**DOT ID & Guide**

**Synonyms & Trade Names**

1016 119
9202 168 (cryogenic liquid)

Carbon oxide, Flue gas, Monoxide

**Exposure Limits**

**NIOSH REL:** TWA 35 ppm (40 mg/m$^3$) C 200 ppm (229 mg/m$^3$)

**OSHA PEL†:** TWA 50 ppm (55 mg/m$^3$)

**IDLH**

**Conversion**

1200 ppm See: 630080

1 ppm = 1.15 mg/m$^3$

**Physical Description**

Colorless, odorless gas. [Note: Shipped as a nonliquefied or liquefied compressed gas.]

MW: 28.0     BP: -313°F     MLT: -337°F     Sol: 2%
VP: >35 atm     IP: 14.01 eV     RGasD: 0.97
Fl.P: NA (Gas) UEL: 74%     LEL: 12.5%
Flammable Gas

**Incompatibilities & Reactivities**

Strong oxidizers, bromine trifluoride, chlorine trifluoride, lithium

**Measurement Methods**

NIOSH 6604; OSHA ID209, ID210
See: NMAM or OSHA Methods

**Personal Protection & Sanitation**

**First Aid**

(See protection)
Skin: Frostbite
Eyes: Frostbite
Wash skin: No recommendation

(See procedures)
Eye: Frostbite
Skin: Frostbite
Breathing: Respiratory support

Remove: When wet (flammable)
Change: No recommendation
Provide: Frostbite wash
**Respirator Recommendations**

NIOSH
**Up to 350 ppm:**
(APF = 10) Any supplied-air respirator
**Up to 875 ppm:**
(APF = 25) Any supplied-air respirator operated in a continuous-flow mode
**Up to 1200 ppm:**
(APF = 50) Any air-purifying, full-facepiece respirator (gas mask) with a chin-style, front- or back-mounted canister providing protection against the compound of concern†
(APF = 50) Any self-contained breathing apparatus with a full facepiece
(APF = 50) Any supplied-air respirator with a full facepiece
**Emergency or planned entry into unknown concentrations or IDLH conditions:**
(APF = 10,000) Any self-contained breathing apparatus that has a full facepiece and is operated in a pressure-demand or other positive-pressure mode
(APF = 10,000) Any supplied-air respirator that has a full facepiece and is operated in a pressure-demand or other positive-pressure mode in combination with an auxiliary self-contained positive-pressure breathing apparatus
**Escape:**
(APF = 50) Any air-purifying, full-facepiece respirator (gas mask) with a chin-style, front- or back-mounted canister providing protection against the compound of concern†/Any appropriate escape-type, self-contained breathing apparatus
Important additional information about respirator selection
**Exposure Routes**

inhalation, skin and/or eye contact (liquid)
**Symptoms**

Headache, tachypnea, nausea, lassitude (weakness, exhaustion), dizziness, confusion, hallucinations; cyanosis; depressed S-T segment of electrocardiogram, angina, syncope
**Target Organs**

cardiovascular system, lungs, blood, central nervous system
See also: INTRODUCTION   See ICSC CARD: 0023   See MEDICAL TESTS: 0040

NIOSH Home | NIOSH Search | Site Index | Topic List | Contact Us

# Material Safety Data Sheet
## Methyl Alcohol, Reagent ACS, 99.8% (GC)

ACC# 95294

## Section 1 - Chemical Product and Company Identification

**MSDS Name:** Methyl Alcohol, Reagent ACS, 99.8% (GC)
**Catalog Numbers:** AC423950000, AC423950010, AC423950020, AC423955000, AC9541632, AC423952
**Synonyms:** Carbinol; Methanol; Methyl hydroxide; Monohydroxymethane; Pyroxylic spirit; Wood alcohol; Wood naptha; Wood spirit; Monohydroxymethane; Methyl hydrate.
**Company Identification:**
      Acros Organics N.V.
      One Reagent Lane
      Fair Lawn, NJ 07410
**For information in North America, call:** 800-ACROS-01
**For emergencies in the US, call CHEMTREC:** 800-424-9300

## Section 2 - Composition, Information on Ingredients

| CAS# | Chemical Name | Percent | EINECS/ELINCS |
|------|---------------|---------|---------------|
| 67-56-1 | Methyl alcohol | 99+ | 200-659-6 |

**Hazard Symbols:** T F
**Risk Phrases:** 11 23/24/25 39/23/24/25

## Section 3 - Hazards Identification

### EMERGENCY OVERVIEW

Appearance: clear, colorless. Flash Point: 11 deg C. Poison! Cannot be made non-poisonous. Causes eye and skin irritation. May be absorbed through intact skin. This substance has caused adverse reproductive and fetal effects in animals. **Danger! Flammable liquid and vapor.** Harmful if inhaled. May be fatal or cause blindness if swallowed. May cause central nervous system depression. May cause digestive tract irritation with nausea, vomiting, and diarrhea. Causes respiratory tract irritation. May cause liver, kidney and heart damage.
**Target Organs:** Kidneys, heart, central nervous system, liver, eyes.

### Potential Health Effects
**Eye:** Produces irritation, characterized by a burning sensation, redness, tearing, inflammation, and possible corneal injury. May cause painful sensitization to light.
**Skin:** Causes moderate skin irritation. May be absorbed through the skin in harmful amounts. Prolonged and/or repeated contact may cause defatting of the skin and dermatitis.
**Ingestion:** May be fatal or cause blindness if swallowed. May cause gastrointestinal irritation with nausea, vomiting and diarrhea. May cause systemic toxicity with acidosis. May cause central nervous system depression, characterized by excitement, followed by headache, dizziness, drowsiness, and nausea. Advanced stages may cause collapse, unconsciousness,

coma and possible death due to respiratory failure. May cause cardiopulmonary system effects.

**Inhalation:** Harmful if inhaled. May cause adverse central nervous system effects including headache, convulsions, and possible death. May cause visual impairment and possible permanent blindness. Causes irritation of the mucous membrane.

**Chronic:** Prolonged or repeated skin contact may cause dermatitis. Chronic inhalation and ingestion may cause effects similar to those of acute inhalation and ingestion. Chronic exposure may cause reproductive disorders and teratogenic effects. Laboratory experiments have resulted in mutagenic effects. Prolonged exposure may cause liver, kidney, and heart damage.

## Section 4 - First Aid Measures

**Eyes:** Immediately flush eyes with plenty of water for at least 15 minutes, occasionally lifting the upper and lower eyelids. Get medical aid immediately.

**Skin:** Immediately flush skin with plenty of soap and water for at least 15 minutes while removing contaminated clothing and shoes. Get medical aid if irritation develops or persists. Wash clothing before reuse.

**Ingestion:** If victim is conscious and alert, give 2-4 cupfuls of milk or water. Never give anything by mouth to an unconscious person. Get medical aid immediately. Induce vomiting by giving one teaspoon of Syrup of Ipecac.

**Inhalation:** Get medical aid immediately. Remove from exposure to fresh air immediately. If breathing is difficult, give oxygen. Do NOT use mouth-to-mouth resuscitation. If breathing has ceased apply artificial respiration using oxygen and a suitable mechanical device such as a bag and a mask.

**Notes to Physician:** Effects may be delayed. Ethanol may inhibit methanol metabolism.

## Section 5 - Fire Fighting Measures

**General Information:** Containers can build up pressure if exposed to heat and/or fire. As in any fire, wear a self-contained breathing apparatus in pressure-demand, MSHA/NIOSH (approved or equivalent), and full protective gear. Water runoff can cause environmental damage. Dike and collect water used to fight fire. Vapors can travel to a source of ignition and flash back. During a fire, irritating and highly toxic gases may be generated by thermal decomposition or combustion. Flammable Liquid. Can release vapors that form explosive mixtures at temperatures above the flashpoint. Use water spray to keep fire-exposed containers cool. Water may be ineffective. Material is lighter than water and a fire may be spread by the use of water. Vapors may be heavier than air. They can spread along the ground and collect in low or confined areas. May be ignited by heat, sparks, and flame.

**Extinguishing Media:** For small fires, use dry chemical, carbon dioxide, water spray or alcohol-resistant foam. Use water spray to cool fire-exposed containers. Water may be ineffective. For large fires, use water spray, fog or alcohol-resistant foam. Do NOT use straight streams of water.

## Section 6 - Accidental Release Measures

**General Information:** Use proper personal protective equipment as indicated in Section 8.

**Spills/Leaks:** Scoop up with a nonsparking tool, then place into a suitable container for disposal. Use water spray to disperse the gas/vapor. Remove all sources of ignition. Absorb spill using an absorbent, non-combustible material such as earth, sand, or vermiculite. Do not use combustible materials such as saw dust. Provide ventilation. A vapor suppressing foam may be used to reduce vapors. Water spray may reduce vapor but may not prevent ignition in closed spaces.

## Section 7 - Handling and Storage

**Handling:** Wash thoroughly after handling. Remove contaminated clothing and wash before reuse. Ground and bond containers when transferring material. Do not breathe dust, vapor, mist, or gas. Do not get in eyes, on skin, or on clothing. Empty containers retain product residue, (liquid and/or vapor), and can be dangerous. Keep container tightly closed. Avoid contact with heat, sparks and flame. Do not ingest or inhale. Use only in a chemical fume hood. Do not pressurize, cut, weld, braze, solder, drill, grind, or expose empty containers to heat, sparks or open flames.
**Storage:** Keep away from heat, sparks, and flame. Keep away from sources of ignition. Store in a cool, dry, well-ventilated area away from incompatible substances. Flammables-area. Keep containers tightly closed. Do not store in aluminum or lead containers.

## Section 8 - Exposure Controls, Personal Protection

**Engineering Controls:** Use explosion-proof ventilation equipment. Facilities storing or utilizing this material should be equipped with an eyewash facility and a safety shower. Use adequate general or local exhaust ventilation to keep airborne concentrations below the permissible exposure limits. Use only under a chemical fume hood.
**Exposure Limits**

| Chemical Name | ACGIH | NIOSH | OSHA - Final PELs |
|---|---|---|---|
| Methyl alcohol | 200 ppm TWA; 250 ppm STEL; skin – potential for cutaneous absorption | 200 ppm TWA; 260 mg/m3 TWA 6000 ppm IDLH | 200 ppm TWA; 260 mg/m3 TWA |

**OSHA Vacated PELs:** Methyl alcohol: 200 ppm TWA; 260 mg/m3 TWA; 250 ppm STEL; 325 mg/m3 STEL
**Personal Protective Equipment**
**Eyes:** Wear chemical goggles.
**Skin:** Wear appropriate protective gloves to prevent skin exposure.
**Clothing:** Wear appropriate protective clothing to prevent skin exposure.
**Respirators:** A respiratory protection program that meets OSHA's 29 CFR §1910.134 and ANSI Z88.2 requirements or European Standard EN 149 must be followed whenever workplace conditions warrant a respirator's use.

## Section 9 - Physical and Chemical Properties

**Physical State:** Liquid
**Appearance:** clear, colorless

**Odor:** alcohol-like - weak odor
**pH:** Not available.
**Vapor Pressure:** 128 mm Hg @ 20 deg C
**Vapor Density:** 1.11 (Air=1)
**Evaporation Rate:**5.2 (Ether=1)
**Viscosity:** 0.55 cP 20 deg C
**Boiling Point:** 64.7 deg C @ 760.00mm Hg
**Freezing/Melting Point:**-98 deg C
**Autoignition Temperature:** 464 deg C ( 867.20 deg F)
**Flash Point:** 11 deg C ( 51.80 deg F)
**Decomposition Temperature:**Not available.
**NFPA Rating:** (estimated) Health: 1; Flammability: 3; Reactivity: 0
**Explosion Limits, Lower:**6.0 vol %
**Upper:** 36.00 vol %
**Solubility:** miscible
**Specific Gravity/Density:**.7910g/cm3
**Molecular Formula:**CH4O
**Molecular Weight:**32.04

## Section 10 - Stability and Reactivity

**Chemical Stability:** Stable under normal temperatures and pressures.
**Conditions to Avoid:** High temperatures, incompatible materials, ignition sources, oxidizers.

**Incompatibilities with Other Materials:** Acids (mineral, non-oxidizing, e.g. hydrochloric acid, hydrofluoric acid, muriatic acid, phosphoric acid), acids (mineral, oxidizing, e.g. chromic acid, hypochlorous acid, nitric acid, sulfuric acid), acids (organic, e.g. acetic acid, benzoic acid, formic acid, methanoic acid, oxalic acid), azo, diazo, and hydrazines (e.g. dimethyl hydrazine, hydrazine, methyl hydrazine), isocyanates (e.g. methyl isocyanate), nitrides (e.g. potassium nitride, sodium nitride), peroxides and hydroperoxides (organic, e.g. acetyl peroxide, benzoyl peroxide, butyl peroxide, methyl ethyl ketone peroxide), epoxides (e.g. butyl glycidyl ether), Oxidants (such as barium perchlorate, bromine, chlorine, hydrogen peroxide, lead perchlorate, perchloric acid, sodium hypochlorite)., Active metals (such as potassium and magnesium)., acetyl bromide, alkyl aluminum salts, beryllium dihydride, carbontetrachloride, carbon tetrachloride + metals, chloroform + heat, chloroform + sodium hydroxide, cyanuric chloride, diethyl zinc, nitric acid, potassium-tert-butoxide, chloroform + hydroxide, water reactive substances (e.g. acetic anyhdride, alkyl aluminum chloride, calcium carbide, ethyl dichlorosilane).
**Hazardous Decomposition Products:** Carbon monoxide, irritating and toxic fumes and gases, carbon dioxide, formaldehyde.
**Hazardous Polymerization:** Will not occur.

## Section 11 - Toxicological Information

**RTECS#:**
**CAS# 67-56-1:** PC1400000
**LD50/LC50:**
CAS# 67-56-1:
Draize test, rabbit, eye: 40 mg Moderate;

Draize test, rabbit, eye: 100 mg/24H Moderate;
Draize test, rabbit, skin: 20 mg/24H Moderate;
Inhalation, rat: LC50 = 64000 ppm/4H;
Oral, mouse: LD50 = 7300 mg/kg;
Oral, rabbit: LD50 = 14200 mg/kg;
Oral, rat: LD50 = 5628 mg/kg;
Skin, rabbit: LD50 = 15800 mg/kg;

**Carcinogenicity:**
CAS# 67-56-1: Not listed by ACGIH, IARC, NIOSH, NTP, or OSHA.
**Epidemiology:** Methanol has been shown to produce fetotoxicity in the embr yo or fetus of
laboratory animals. Specific developmenta l abnormalities include cardiovascular,
musculoskeletal, and urogenital systems.
**Teratogenicity:** Effects on Newborn: Behaviorial, Oral, rat: TDLo=7500 mg/kg (female
17-19 days after conception). Effects on Embryo or Fetus: Fetotoxicity, Inhalation, rat:
TCLo=10000 ppm/7H (female 7-15 days after conception). Specific Developmental
Abnormalities: Cardiovascular, Musculoskeletal, Urogenital, Inhalation, rat: TCLo=20000
ppm/7H (7-14 days after conception).
**Reproductive Effects:** Paternal Effects: Spermatogenesis: Intraperitoneal, mouse TDLo=5
g/kg ( male 5 days pre-mating). Fertility: Oral, rat: TDLo = 35295 mg/kg (female 1-15 days
after conception). Paternal Effects: Testes, Epididymis, Sperm duct: Oral, rat: TDLo = 200
ppm/20H (male 78 weeks pre-mating).
**Neurotoxicity:** No information available.
**Mutagenicity:** DNA inhibition: Human Lymphocyte = 300 mmol/L. DNA damage: Oral, rat =
10 umol/kg. Mutation in microorganisms: Mouse Lymphocyte = 7900 mg/L. Cytogenetic
analysis: Oral, mouse = 1 gm/kg.
**Other Studies:** Standard Draize Test(Skin, rabbit) = 20 mg/24H (Moderate) S tandard
Draize Test: Administration into the eye (rabbit) = 40 mg (Moderate). Standard Draize test:
Administration int o the eye (rabbit) = 100 mg/24H (Moderate).

## Section 12 - Ecological Information

**Ecotoxicity:** Fish: Fathead Minnow: 29.4 g/L; 96 Hr; LC50 (unspecified) Goldfish: 250 ppm;
11 Hr; resulted in death Rainbow trout: 8000 mg/L; 48 Hr; LC50 (unspecified) Rainbow
trout: LC50 = 13-68 mg/L; 96 Hr.; 12 degrees C Fathead Minnow: LC50 = 29400 mg/L; 96
Hr.; 25 degrees C, pH 7.63 Rainbow trout: LC50 = 8000 mg/L; 48 Hr.; Unspecified ria:
Phytobacterium phosphoreum: EC50 = 51,000-320,000 mg/L; 30 minutes; Microtox test No
data available.
**Environmental:** Dangerous to aquatic life in high concentrations. Aquatic toxicity rating:
TLm 96>1000 ppm. May be dangerous if it enters water intakes. Methyl alcohol is expected
to biodegrade in soil and water very rapidly. This product will show high soil mobility and will
be degraded from the ambient atmosphere by the reaction with photochemically produced
hyroxyl radicals with an estimated half-life of 17.8 days. Bioconcentration factor for fish
(golden ide) < 10. Based on a log Kow of -0.77, the BCF value for methanol can be
estimated to be 0.2.
**Physical:** No information available.
**Other:** None.

## Section 13 - Disposal Considerations

Chemical waste generators must determine whether a discarded chemical is classified as a hazardous waste. US EPA guidelines for the classification determination are listed in 40 CFR Parts 261.3. Additionally, waste generators must consult state and local hazardous waste regulations to ensure complete and accurate classification.
**RCRA P-Series:** None listed.
**RCRA U-Series:** CAS# 67-56-1: waste number U154; (Ignitable waste).

## Section 14 - Transport Information

|  | **US DOT** | **IATA** | **RID/ADR** | **IMO** | **Canada TDG** |
|---|---|---|---|---|---|
| **Shipping Name:** | METHANOL |  |  |  | METHANOL |
| **Hazard Class:** | 3 |  |  |  | 3(6.1) |
| **UN Number:** | UN1230 |  |  |  | UN1230 |
| **Packing Group:** | II |  |  |  | II |
| **Additional Info:** |  |  |  |  | FLASHPOINT 11 C |

## Section 15 - Regulatory Information

### US FEDERAL

**TSCA**
CAS# 67-56-1 is listed on the TSCA inventory.
**Health & Safety Reporting List**
None of the chemicals are on the Health & Safety Reporting List.
**Chemical Rules**
None of the chemicals in this product are under a Chemical Test Rule.
**Section 12b**
None of the chemicals are listed under TSCA Section 12b.
**TSCA Significant New Use Rule**
None of the chemicals in this material have a SNUR under TSCA.
**SARA**

**Section 302 (RQ)**
CAS# 67-56-1: final RQ = 5000 pounds (2270 kg)
**Section 302 (TPQ)**
None of the chemicals in this product have a TPQ.
**SARA Codes**
CAS # 67-56-1: acute, flammable.
**Section 313**
This material contains Methyl alcohol (CAS# 67-56-1, 99%),which is subject to the reporting requirements of Section 313 of SARA Title III and 40 CFR Part 373.
**Clean Air Act:**
CAS# 67-56-1 is listed as a hazardous air pollutant (HAP). This material does not contain any Class 1 Ozone depletors. This material does not contain any Class 2 Ozone depletors.
**Clean Water Act:**
None of the chemicals in this product are listed as Hazardous Substances under the CWA. None of the chemicals in this product are listed as Priority Pollutants under the CWA. None of the chemicals in this product are listed as Toxic Pollutants under the CWA.

**OSHA:**
None of the chemicals in this product are considered highly hazardous by OSHA.
**STATE**
CAS# 67-56-1 can be found on the following state right to know lists: California, New Jersey, Florida, Pennsylvania, Minnesota, Massachusetts.
California No Significant Risk Level: None of the chemicals in this product are listed.
## European/International Regulations
### European Labeling in Accordance with EC Directives
**Hazard Symbols:**
T F
**Risk Phrases:**
R 11 Highly flammable.
R 23/24/25 Toxic by inhalation, in contact with skin
and if swallowed.
R 39/23/24/25 Toxic : danger of very serious
irreversible effects through inhalation, in contact
with skin and if swallowed.

**Safety Phrases:**
S 16 Keep away from sources of ignition - No
smoking.
S 36/37 Wear suitable protective clothing and
gloves.
S 45 In case of accident or if you feel unwell, seek
medical advice immediately (show the label where
possible).
S 7 Keep container tightly closed.

**WGK (Water Danger/Protection)**
CAS# 67-56-1: 1
**Canada**
CAS# 67-56-1 is listed on Canada's DSL List. CAS# 67-56-1 is listed on Canada's DSL List.
This product has a WHMIS classification of B2, D1A, D2B.
CAS# 67-56-1 is listed on Canada's Ingredient Disclosure List.
**Exposure Limits**
CAS# 67-56-1: OEL-ARAB Republic of Egypt:TWA 200 ppm (260 mg/m3);Ski
n OEL-AUSTRALIA:TWA 200 ppm (260 mg/m3);STEL 250 ppm;Skin OEL-BELGIU
M:TWA 200 ppm (262 mg/m3);STEL 250 ppm;Skin OEL-CZECHOSLOVAKIA:TWA 10
0 mg/m3;STEL 500 mg/m3 OEL-DENMARK:TWA 200 ppm (260 mg/m3);Skin OEL-
FINLAND:TWA 200 ppm (260 mg/m3);STEL 250 ppm;Skin OEL-FRANCE:TWA 200
ppm (260 mg/m3);STEL 1000 ppm (1300 mg/m3) OEL-GERMANY:TWA 200 ppm (2
60 mg/m3);Skin OEL-HUNGARY:TWA 50 mg/m3;STEL 100 mg/m3;Skin JAN9 OEL
-JAPAN:TWA 200 ppm (260 mg/m3);Skin OEL-THE NETHERLANDS:TWA 200 ppm (
260 mg/m3);Skin OEL-THE PHILIPPINES:TWA 200 ppm (260 mg/m3) OEL-POLA
ND:TWA 100 mg/m3 OEL-RUSSIA:TWA 200 ppm;STEL 5 mg/m3;Skin OEL-SWEDEN
:TWA 200 ppm (250 mg/m3);STEL 250 ppm (350 mg/m3);Skin OEL-SWITZERLAN
D:TWA 200 ppm (260 mg/m3);STEL 400 ppm;Skin OEL-THAILAND:TWA 200 ppm
(260 mg/m3) OEL-TURKEY:TWA 200 ppm (260 mg/m3) OEL-UNITED KINGDOM:TW
A 200 ppm (260 mg/m3);STEL 250 ppm;Skin OEL IN BULGARIA, COLOMBIA, JO
RDAN, KOREA check ACGIH TLV OEL IN NEW ZEALAND, SINGAPORE, VIETNAM ch
eck ACGI TLV

## Section 16 - Additional Information

**MSDS Creation Date:** 7/21/1999
**Revision #4 Date:** 3/14/2001

*The information above is believed to be accurate and represents the best information currently available to us. However, we make no warranty of merchantability or any other warranty, express or implied, with respect to such information, and we assume no liability resulting from its use. Users should make their own investigations to determine the suitability of the information for their particular purposes. In no event shall Fisher be liable for any claims, losses, or damages of any third party or for lost profits or any special, indirect, incidental, consequential or exemplary damages, howsoever arising, even if Fisher has been advised of the possibility of such damages.*







| Health | 1 |
|---|---|
| Fire | 3 |
| Reactivity | 0 |
| Personal Protection | H |

## Material Safety Data Sheet
## Cyclohexane-d12 MSDS

| Section 1: Chemical Product and Company Identification |
|---|

**Product Name:** Cyclohexane-d12

**Catalog Codes:** SLC1729

**CAS#:** 1735-17-7

**RTECS:** GU6300000

**TSCA:** TSCA 8(b) inventory: Cyclohexane-d12

**CI#:** Not applicable.

**Synonym:**

**Chemical Name:** Not available.

**Chemical Formula:** C6H12

**Contact Information:**

Sciencelab.com, Inc.
14025 Smith Rd.
Houston, Texas 77396

US Sales: 1-800-901-7247
International Sales: 1-281-441-4400

Order Online: ScienceLab.com

**CHEMTREC (24HR Emergency Telephone), call:**
1-800-424-9300

**International CHEMTREC, call:** 1-703-527-3887

**For non-emergency assistance, call:** 1-281-441-4400

| Section 2: Composition and Information on Ingredients |
|---|

**Composition:**

| Name | CAS # | % by Weight |
|---|---|---|
| Cyclohexane-d12 | 1735-17-7 | 100 |

**Toxicological Data on Ingredients:** Cyclohexane-d12: ORAL (LD50): Acute: 12850 mg/kg [Rat].

| Section 3: Hazards Identification |
|---|

**Potential Acute Health Effects:**
Hazardous in case of skin contact (irritant), of eye contact (irritant), of ingestion, of inhalation. Slightly hazardous in case of skin contact (permeator).

**Potential Chronic Health Effects:**
CARCINOGENIC EFFECTS: Not available.
MUTAGENIC EFFECTS: Not available.
TERATOGENIC EFFECTS: Not available.
DEVELOPMENTAL TOXICITY: Not available.
The substance is toxic to lungs, mucous membranes.
Repeated or prolonged exposure to the substance can produce target organs damage.

| Section 4: First Aid Measures |
|---|

**Eye Contact:**
Check for and remove any contact lenses. Immediately flush eyes with running water for at least 15 minutes, keeping eyelids open. Cold water may be used. Do not use an eye ointment. Seek medical attention.

**Skin Contact:**
After contact with skin, wash immediately with plenty of water. Gently and thoroughly wash the contaminated skin with running water and non-abrasive soap. Be particularly careful to clean folds, crevices, creases and groin. Cover the irritated skin with an emollient. If irritation persists, seek medical attention. Wash contaminated clothing before reusing.

**Serious Skin Contact:**
Wash with a disinfectant soap and cover the contaminated skin with an anti-bacterial cream. Seek medical attention.

**Inhalation:** Allow the victim to rest in a well ventilated area. Seek immediate medical attention.

**Serious Inhalation:** Not available.

**Ingestion:**
Do not induce vomiting. Loosen tight clothing such as a collar, tie, belt or waistband. If the victim is not breathing, perform mouth-to-mouth resuscitation. Seek immediate medical attention.

**Serious Ingestion:** Not available.

## Section 5: Fire and Explosion Data

**Flammability of the Product:** Flammable.

**Auto-Ignition Temperature:** 245°C (473°F)

**Flash Points:** CLOSED CUP: -18°C (-0.4°F). (Setaflash)

**Flammable Limits:** LOWER: 1.3% UPPER: 8.4%

**Products of Combustion:** These products are carbon oxides (CO, CO2).

**Fire Hazards in Presence of Various Substances:**
Flammable in presence of open flames and sparks.
Slightly flammable to flammable in presence of oxidizing materials.

**Explosion Hazards in Presence of Various Substances:**
Risks of explosion of the product in presence of mechanical impact: Not available.
Risks of explosion of the product in presence of static discharge: Not available.
Slightly explosive to explosive in presence of oxidizing materials.

**Fire Fighting Media and Instructions:**
Flammable liquid, soluble or dispersed in water.
SMALL FIRE: Use DRY chemical powder.
LARGE FIRE: Use alcohol foam, water spray or fog.

**Special Remarks on Fire Hazards:** Not available.

**Special Remarks on Explosion Hazards:** Not available.

## Section 6: Accidental Release Measures

**Small Spill:** Absorb with an inert material and put the spilled material in an appropriate waste disposal.

**Large Spill:**

Flammable liquid.
Keep away from heat. Keep away from sources of ignition. Stop leak if without risk. Absorb with DRY earth, sand or other non-combustible material. Do not touch spilled material. Prevent entry into sewers, basements or confined areas; dike if needed. Eliminate all ignition sources. Be careful that the product is not present at a concentration level above TLV. Check TLV on the MSDS and with local authorities.

## Section 7: Handling and Storage

**Precautions:**
Keep away from heat. Keep away from sources of ignition. Ground all equipment containing material. Do not ingest. Do not breathe gas/fumes/ vapour/spray. Wear suitable protective clothing in case of insufficient ventilation, wear suitable respiratory equipment if ingested, seek medical advice immediately and show the container or the label. Avoid contact with skin and eyes

**Storage:**
Flammable materials should be stored in a separate safety storage cabinet or room. Keep away from heat. Keep away from sources of ignition. Keep container tightly closed. Keep in a cool, well-ventilated place. Ground all equipment containing material. A refrigerated room would be preferable for materials with a flash point lower than 37.8°C (100°F).

## Section 8: Exposure Controls/Personal Protection

**Engineering Controls:**
Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value. Ensure that eyewash stations and safety showers are proximal to the work-station location.

**Personal Protection:**
Splash goggles. Lab coat. Vapor respirator. Be sure to use an approved/certified respirator or equivalent. Gloves.

**Personal Protection in Case of a Large Spill:**
Splash goggles. Full suit. Vapor respirator. Boots. Gloves. A self contained breathing apparatus should be used to avoid inhalation of the product. Suggested protective clothing might not be sufficient; consult a specialist BEFORE handling this product.

**Exposure Limits:**
TWA: 300 CEIL: 375 (ppm)
TWA: 1050 CEIL: 1300 (mg/m3)
Consult local authorities for acceptable exposure limits.

## Section 9: Physical and Chemical Properties

**Physical state and appearance:** Liquid.

**Odor:** Not available.

**Taste:** Not available.

**Molecular Weight:** 96.24 g/mole

**Color:** Clear Colorless.

**pH (1% soln/water):** Not available.

**Boiling Point:** 80.7°C (177.3°F)

**Melting Point:** 6.5°C (43.7°F)

Critical Temperature: Not available.

Specific Gravity: 0.7786 (Water = 1)

Vapor Pressure: 77 mm of Hg (@ 20°C)

Vapor Density: 2.9 (Air = 1)

Volatility: Not available.

Odor Threshold: 780 ppm

Water/Oil Dist. Coeff.: The product is equally soluble in oil and water; log(oil/water) = 0

Ionicity (in Water): Not available.

Dispersion Properties: See solubility in water, acetone.

Solubility:
Easily soluble in acetone.
Very slightly soluble in cold water.

## Section 10: Stability and Reactivity Data

Stability: The product is stable.

Instability Temperature: Not available.

Conditions of Instability: Not available.

Incompatibility with various substances: Not available.

Corrosivity: Not considered to be corrosive for metals and glass.

Special Remarks on Reactivity: Not available.

Special Remarks on Corrosivity: Not available.

Polymerization: No.

## Section 11: Toxicological Information

Routes of Entry: Eye contact. Inhalation. Ingestion.

Toxicity to Animals: Acute oral toxicity (LD50): 12850 mg/kg [Rat].

Chronic Effects on Humans: The substance is toxic to lungs, mucous membranes.

Other Toxic Effects on Humans:
Hazardous in case of skin contact (irritant), of ingestion, of inhalation.
Slightly hazardous in case of skin contact (permeator).

Special Remarks on Toxicity to Animals: Not available.

Special Remarks on Chronic Effects on Humans: Human: passes the placental barrier, detected in maternal milk.

Special Remarks on other Toxic Effects on Humans: Not available.

## Section 12: Ecological Information

Ecotoxicity: Not available.

BOD5 and COD: Not available.

Products of Biodegradation:
Possibly hazardous short term degradation products are not likely. However, long term degradation products may arise.

Toxicity of the Products of Biodegradation: The products of degradation are more toxic.

Special Remarks on the Products of Biodegradation: Not available.

## Section 13: Disposal Considerations

Waste Disposal:

## Section 14: Transport Information

DOT Classification: Class 3: Flammable liquid.

Identification: : Cyclohexane ; UN1145 PG: II

Special Provisions for Transport: Not available.

## Section 15: Other Regulatory Information

Federal and State Regulations:
Pennsylvania RTK: Cyclohexane-d12
Massachusetts RTK: Cyclohexane-d12
TSCA 8(b) inventory: Cyclohexane-d12
SARA 313 toxic chemical notification and release reporting: Cyclohexane-d12
CERCLA: Hazardous substances.: Cyclohexane-d12

Other Regulations: OSHA: Hazardous by definition of Hazard Communication Standard (29 CFR 1910.1200).

Other Classifications:

WHMIS (Canada): CLASS B-2: Flammable liquid with a flash point lower than 37.8°C (100°F).

DSCL (EEC):
R11- Highly flammable.
R36/38- Irritating to eyes and skin.

HMIS (U.S.A.):

Health Hazard: 1

Fire Hazard: 3

Reactivity: 0

Personal Protection: h

National Fire Protection Association (U.S.A.):

Health: 1

Flammability: 3

Reactivity: 0

Specific hazard:

**Protective Equipment:**
Gloves.
Lab coat.
Vapor respirator. Be sure to use an
approved/certified respirator or
equivalent. Wear appropriate respirator
when ventilation is inadequate.
Splash goggles.

## Section 16: Other Information

References: Not available.

Other Special Considerations: Not available.

Created: 10/09/2005 05:02 PM

Last Updated: 10/09/2005 05:02 PM

*The information above is believed to be accurate and represents the best information currently available to us. However, we make no warranty of merchantability or any other warranty, express or implied, with respect to such information, and we assume no liability resulting from its use. Users should make their own investigations to determine the suitability of the information for their particular purposes. In no event shall ScienceLab.com be liable for any claims, losses, or damages of any third party or for lost profits or any special, indirect, incidental, consequential or exemplary damages, howsoever arising, even if ScienceLab.com has been advised of the possibility of such damages.*

## Tate and Lyle Calculation Sheet
### 7/25/2007

Formula:

$$C = (Q_m/\pi\sigma_y\sigma_z)exp[-\tfrac{1}{2}(H/\sigma_z)^2]$$
$$\sigma_{y1} = 0.222d/(1 + 0.00D1\sigma)^{1/2}$$
$$\sigma_{z1} = 0.20d$$
$$\sigma_{y2} = 0.02(d)^{0.89}$$
$$\sigma_{z2} = 0.05(d)^{0.61}$$

| | DATA | | | DMA | CYCLOHEXANE | DIMETHYL FORMAMIDE | CARBON MONOXIDE | METHANOL |
|---|---|---|---|---|---|---|---|---|
| | 0.22d | | | | | | | |
| $\sigma_{y1}=$ | 242 | 0.949116 | 229.7 | 229.70 | 229.7 | 229.7 | 229.7 | 229.7 |
| $\sigma_{z1}=$ | 220 | | | 220 | 220 | 220 | 220 | 220 |
| $\sigma_{y2}=$ | 10.18 | | | 10.16 | 10.18 | 10.16 | 10.18 | 10.18 |
| $\sigma_{z2}=$ | 35.83 | | | 35.83 | 35.83 | 35.83 | 35.83 | 35.83 |
| | | | $H_{r,m}=$ | 25 | 25 | 25 | 25 | 25 |
| e(1/2)[(H_{r,m}/σ_z)²] = | 1.00 | 0.0001 | 1100 (3500 ft) | 1.0065 | 1.0065 | 1.0065 | 1.0010 | 1.0065 |
| TLV = | | | | 10 | 300 | 10 | 25 | 200 |
| Mol. Wt. = | | | | 45.1 | 84.16 | 73.09 | 28.01 | 32.04 |
| Conc. g/m³ = | 0.020 | | | 0.0184 | 1.0326 | 0.0299 | 0.0286 | 0.2621 |
| Q_n, spox, kg/s = | 0.060 | | | 4.4209 | 247.4925 | 7.164518 | 6.827045 | 62.8142 |
| instantaneous at ground spill | 0.220 | | | | | | | |
| Q_n, spill, kg = | 0.200 | | | 0.5396 | 30.2041 | 0.8744 | 0.8377 | 7.6659 |

number
decimal
d = dist. Meters

ppm   0.200 / 10.000
pi   3.142
sqrt. 2   1.414
e
H_r

Tate and Lyle Calculation Sheet:
39288

**CALCULATION FORM (ULAS**
TATE & LYLE

| Formula: | | | DATA. | EMA | CYCLOHEXANE |
|---|---|---|---|---|---|
| $C = (Q_n/\pi\sigma_y\sigma_z)e^{(-\frac{1}{2})(H_s/\sigma_z)^2}$ | | | | | |
| $\sigma_{yf} = 0.22d(1 + 0.0001 \cdot d)^{-1/2}$ | | $0.22d$ | =PRODUCT(0.22,B20) | | |
| | | $\sigma_{yf}=$ | =SUM/(1+0.0001*1100)^0.5 | 229.7 | 229.7 |
| $\sigma_{z1} = 0.20d$ | | $\sigma_{z1}=$ | =PRODUCT(B24,B20) | 220 | 220 |
| $\sigma_{yz} = 0.02(d)^{0.89}$ | | $\sigma_{yz}=$ | =PRODUCT(0.02*(1100)^0.89) =PRODUCT(0.02*(1100)^0.89) | | =PRODUCT(0.02*(1100)^0.89) |
| $\sigma_{xz} = 0.05(d)^{0.61}$ | | $\sigma_{xz}=$ | =PRODUCT(0.5*(1100)^0.61) =PRODUCT(0.5*(1100)^0.61) | | =PRODUCT(0.5*(1100)^0.61) |
| number | 1 | $H_{s,m}=$ | | 25 | 25 |
| decimal | 0.0001 | (3500-ft) | $e^{(1/2)(H_{s,m}/\sigma_z)^2 =}$ | =2.7183^(0.5*(180/12)^2) | =2.7183^(0.5*(180/12)^2) |
| d = dist Meters | 1100 | | | | |
| | 0.02 | | TLV = | 10 | 300 |
| | 0.05 | | Mol. Wt. = | 45.1 | 84.16 |
| | 0.22 | | | | |
| | 0.2 | | Conc. g/m³ = | =(B21*B22)/(0.062B*298*1000) | =(F21*F22)/(0.062B*298*1000) |
| ppm | 10 | | | | |
| pi | 3.1416 | | $Q_{n, stack}, kg/s =$ | =(E2*3.14*E10*E12*1.5*E18/1000) | =(F3*3.14*F10*F12*1.5*F18/4000) |
| sq.rt. 2 | 1.414 | | Instantaneous at ground spill | | |
| e | | | $Q_{n, spill}, kg =$ | =1.414*(3.1416*)(0.5)*(F14*3)*F24*F16/1000 | =1.414*(3.1416*)(0.5)*(F14*3)*F24*F16/1000 |
| $H_s$ | | | | | |

| DIMETHYL FORMAMIDE | CARBON MONOXIDE | METHANOL |
| --- | --- | --- |
| 229.7 | 229.7 | 229.7 |
| 220 | 220 | 220 |
| =PRODUCT(0.02*11600)*0.69) | =PRODUCT(0.02*11600)*0.86) | =PRODUCT(0.02*11100)*0.86) |
| =PRODUCT(0.5*1100)*0.61) | =PRODUCT(0.5*1100)*0.61) | =PRODUCT(0.5*1100)*0.61) |
| 25 | 10 | 25 |
| =2.718*(0.5)*(-98*121)*2 | =2.718*(0.9*(H18/G12)*2) | =2.718*(0.5)*(98*H12)*2) |
| 10 | 25 | 25 |
| 73.09 | 26.01 | 200 |
|  |  | 32.04 |
| =(G21*G22*(80.0620*256*1000) | =(H21*H22)/(0.03205*298*1000) | =(I21*I22)/(0.08205*298*1000) |
| =(G24*3.1416*G19*G12*1.5*H19)/1000) | =(H24*3.1416*H19*H21*1.5*H19)/1000) | =(I24*3.1416*I19*I21*1.5*H19)/1000) |
| =1.414*(3.1416*G19*0.5*0.5*G14*2*G24*G16*1000 | =1.414*(3.1416*G19*0.5*0.5*H14*2*H24*H16*1000 | =1.414*(3.1416*I19*0.5*0.5*I14*2*I24*I16*1000 |