IN THE UNITED STATES DISTRICT COURT FOR
                         THE SOUTHERN DISTRICT OF ALABAMA
                                SOUTHERN DIVISION

BOBBY L. RADCLIFF, *et al.*,          :

    Plaintiffs,                       :

v.                                    :         CA 06-0345-CG-M

TATE & LYLE SUCRALOSE, INC.,          :

    Defendant.                        :

                                                   :   :   :

## JOINT SETTLEMENT STATEMENT

    In compliance with Paragraph 12 of the Second Amended Rule 16(b) Scheduling Order (Doc. #112), Plaintiffs and Defendant, by their respective undersigned attorneys, state that they have conferred for the purpose of discussing settlement and provide the following report to the Court:  Plaintiffs have made a written settlement demand, to which Defendant has responded by advising Plaintiffs that Defendant does not believe a response to the demand is warranted at this time.  Plaintiffs believe that alternative dispute resolution would benefit the parties in reaching an amicable resolution of their disputes at this stage of the litigation; however, Defendant does not.

    Dated:  January 4, 2008

jointsettlmntstat1.radcliff(tla)

1

        Respectfully submitted,


        /s/ Herndon Inge III
_____
HERNDON INGE III (INGEH7342)
Signed by Halron W. Turner with permission
Post Office Box 40188
Mobile, Alabama 36640
Telephone:  (251) 432-1444
Facsimile:  (251) 432-6941

**And**

JOHN W. PARKER (PARKJ3605)
820 S. University Blvd., Suite 2-F
Mobile, Alabama 36609
Telephone:  (251) 341-1020
Facsimile:  (251) 341-1235

**Attorneys for Plaintiffs**


        /s/ Halron W. Turner
_____
HALRON W. TURNER (TURNH9339)
MARC E. BRADLEY (BRADM9922)
Turner, Onderdonk, Kimbrough,
  Howell, Huggins & Bradley, PA
Post Office Drawer 1389
Chatom, Alabama 36518
Telephone:  (251) 847-2237
Facsimile:  (251) 847-3115

**And**

MICHAEL H. WETMORE (*pro hac vice*)
WILLIAM J. CURTIS (*pro hac vice*)
ROBYN D. BUCK (*pro hac vice*)
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
Saint Louis, Missouri 63105
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505

**Attorneys for Defendant**


jointsettlmntstat1.radcliff(tla)