IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY J. RADCLIFF, et al. | * |
| Plaintiffs, | * |
| v. | *   CV 06-345-CG-M |
| TATE & LYLE SUCRALOSE, INC.; | * |
| Defendants. | * |

**PLAINTIFFS' NOTICE OF FILING WITH ATTACHED EXHIBITS IN OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

COME NOW the Plaintiffs in this cause, by and through counsel, and file this Notice of Filing with the following attached exhibits in opposition to the Defendant's Motion for Summary Judgment on common issues and on individual issues among the Plaintiffs:

1.  Plaintiffs incorporate Defendant's exhibit index, specifically, the following Exhibits:

Exhibit A - Roslak affidavit;

Exhibit B - Tate & Lyle expert report by Greenberg;

Exhibit C - Tate & Lyle expert report by Certified Environmental Managment;

Exhibit D - Plaintiffs' expert report by James Montgomery;

Exhibit E - deposition of Plaintiffs' expert, James Montgomery;

Exhibit F - Plaintiffs' answers to Defendant's interrogatories, namely Defendant's Exhibits H0-1 through H-37;

Exhibit G - Plaintiffs' deposition transcripts, namely Defendant's Exhibits I-01 through J-37;

2.  Affidavit of James Montgomery, Plaintiffs' expert;

3.        Deposition of Rand Roslak.

>Respectfully submitted,
>
> s/John W. Parker
>JOHN W. PARKER (PARKJ3605)
>Attorney for Plaintiffs
>
>
>/s/ **Herndon Inge, III**
>**HERNDON INGE, III (ING007)**
>Attorney for Plaintiffs

**OF COUNSEL:**

**LAW OFFICES OF JOHN W. PARKER**
820 S. University Boulevard, Suite 2-F
Mobile, Alabama  36609
(251) 341-1020

## CERTIFICATE OF SERVICE

I do hereby certify that on this the _____ day of April, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Halron W. Turner, Esq.
Post Office Box 1389
Chatom, Alabama 36518

Michael H. Wetmore, Esq. / William J. Curtis, Esq./ Robyn D. Buck, Esq.
Husch Blackwell Sanders, LLP
190 Carondelet Plaza, #600
St. Louis, MO 63105

Marc Bradley, Esq.
1359 Dauphin Street
Mobile, Alabama 36604

> s/ John W. Parker
>**JOHN W. PARKER**