19

1    BY MR. INGE:

2       Q    Then we'll retire Plaintiff's 3.

3            Now, Mr. Roslak, what I'd ask you to do is

4    put a 1 with a circle around it in approximately the

5    first quarter where the small amount of DMA is

6    produced.

7       A    Do you want me to circle the area and put a

8    1?

9       Q    Yeah.  That's ...

10      A    (Witness complies.)

11      Q    Okay.  And if you'd do the same -- and as I

12   understand, the circle with the 1 is the location in

13   the plant that produces as an unwanted byproduct a

14   small trace of DMA?

15      A    Correct.

16      Q    All right.  Now, if you'll do the same case

17   with 2.

18           MR. TURNER:  Hold on before you circle.

19           What you want him to do with respect to

20          2 is the next step in the process that

21          produces any amount of DMA?

22   BY MR. INGE:

23      Q   The second --

1    A    Quarter.

2    Q    -- quarter that we had talked -- that you had

3  talked about that produces a small amount of DMA.

4    A    (Witness complies.)

5    Q    And as I understand your testimony, on

6  Plaintiff's Exhibit 2, the 2 with the approximate

7  circle around it is the location of the second quarter

8  of the piping process that produces a small amount of

9  DMA.  Is that correct?

10    A    That's correct.

11    Q    And if you'll do the same for the third

12  quarter where the larger amount of DMA is produced.

13            MR. TURNER:  And for the record, these

14        are approximations --

15            THE WITNESS:  These are approximations.

16            MR. TURNER:  -- and are not to scale.

17            THE WITNESS:  (Witness complies.)

18  BY MR. INGE:

19    Q    Okay.  And as I understand, the 3 with an

20  approximate circle around it is the location -- the

21  approximate location of the place where the bulk of the

22  DMA is produced in the piping process?

23      A   That's correct.

21

1    Q    Once DMA is produced or generated, it is

2 separated from the Sucralose chemical stream into a

3 separate piping transfer system or called leak-off

4 or ...

5    A    All of the vessels in that process where

6 there can be DMA present are enclosed in that third

7 part of the process.

8        And all of the DMA that comes off there is in

9 this totally enclosed system and it is collected and

10 reprocessed back to a useful chemical from whence it

11 came.

12    Q    But my point is it's in a -- it's separated

13 off from the Sucralose stream and processed or

14 collected or neutralized or whatever in a separate

15 piping system.  Is that correct?  In the third quarter

16 of the piping process.

17    A    Yeah, that's probably an accurate statement.

18    Q    Okay.  Now, generally --

19        And I really think that's why we're here.

20          -- what happens to the DMA from the point of

21   separation until it's finally disposed of or destroyed

22   or neutralized or reused, just generally?

23       A   The goal of that process for us is to capture

22

1  that DMA because we do have a process that converts it

2  back to the chemical that it came from.  And then we

3  reuse it again, that chemical that it came from.

4         So from our process standpoint, that process

5  is designed to capture as much of that DMA as possible

6  to convert it back to another useful chemical that we

7  then reuse.

8    Q    Is it ever disposed of other than being

9  reused in a chemical process?  Is it ever disposed of?

10    A    There's a small amount at times that does

11  exit with our -- we have two wastewater streams that go

12  off the plant site.  One goes through the plant's own

13  waste treatment plant, and another of the wastewater

14  streams goes off through -- to Ciba, which is one of

15  our neighboring plants.  There's a small amount of DMA

16  in that wastewater stream.  That's one way out of the

17  plant.

18         The other way out of the plant is all of the

19  plant's vessels that can contain DMA or any other

file:///Y|/MyFiles/client.hi/Radcliff/Miscellaneous/Rand%20Roslak%20depo.txt

20  solvents are totally -- like I said, they're totally

21  enclosed.  And what the plant has is a vent system that

22  all these tanks and vessels tie into so that any vapors

23  that come off these tanks are captured and vented into

23

1  this header system that then leads to a thermal

2  oxidizer, which burns any of those chemicals, including

3  DMA. And there's a thermal oxidizer on that system and

4  there's also a backup system to that thermal oxidizer,

5  which is a flare.

6      So any of the DMA that may happen to exit a

7  tank through the vapor space in a tank gets burned in

8  the thermal oxidizer or the flare. So that's another

9  way for DMA to exit the system.

10     There's another way that it connects at the

11  system. We have that recovery -- DMA recovery system

12  where we convert it back to a useful chemical from

13  where it came. If that system goes down or has some

14  type of issue, we can take that DMA solution and

15  neutralize it with acid.

16     Because DMA -- I hate to get into chemistry,

17  but it's important that people understand this.

18     DMA in the DMA form does have odor to it at

19  certain concentrations to where you can smell it. If

20  you take DMA and you acidify it and drop the pH on it,

21  you know, solution form, it makes what's called

22  DMA.HCl.  That's assuming the acid that's used is

23  hydrochloric acid.  That gives you the HCl piece of

24

1  that.

2          DMA.HCl is a salt and it does not smell.  And

3  if you look at when that conversion process cannot

4  handle all the DMA for whatever reason, we'll take that

5  solution, add hydrochloric acid to it, turn it to

6  DMA.HCl, which does not smell, and at times we'll haul

7  that material off the plant site as waste and dispose

8  of it as waste liquid.

9     Q   Okay.

10    A   So that's another way that DMA makes it out

11  of the plant, but it's DMA.HCl.

12          The other thing is the wastewater streams

13  that I talked about.  Once again the pH of those

14  streams, how much acid's in there -- there's DMA in

15  those wastewater streams, but the pH of those streams

16  is low enough that that DMA is as the salt, the

17  DMA.HCl, which is an odorless form.

18    Q   Okay.  Well, so as I understand your

19  testimony, there's a recovery piping system of the DMA

20   that goes back in the chemical stream and is reused.

21           That's one piping system?

22      A   Uh-huh (affirmative).

23           MR. TURNER:  Say yes or no.

25

1           What was your answer?

2           THE WITNESS:  Yes.

3           I was drinking coffee.

4           MR. TURNER:  Sorry about that.

5   BY MR. INGE:

6     Q   And there's a second piping system into the

7   wastewater that's used on site.  That's a separate

8   piping system.  Is that right?

9     A   Yes.

10    Q   And then there's another piping system that

11  goes in the wastewater that goes to Ciba or goes to --

12  Ciba or Olin?

13          MR. TURNER:  It's Ciba.

14          THE WITNESS:  Ciba.

15  BY MR. INGE:

16    Q   Ciba.

17          And then there's the recovery system that

18  comes out with the hydrochloric acid, it's treated with

19  hydrochloric acid.

20          And then there's the separate -- and that's a

21   separate piping system.  Is that right?

22      A   That's correct.

23      Q   And then there's a separate piping system

26

1   that goes to either the thermal oxidizer or the flare

2   system.  Is that correct?

3      A   That's correct.

4      Q   Okay.  Are there any other piping systems

5   that would dispose of the DMA on the Tate & Lyle plant

6   site?

7           MR. TURNER:  Object to the form.

8           THE WITNESS:  No.  Those are all the

9       piping systems that you listed.

10  BY MR. INGE:

11     Q   Now, as I understand, the piping system is

12  patented and is a trade secret so I'm really not

13  interested in the piping configuration and that sort of

14  thing.  Okay?

15     A   Yes.

16     Q   Okay.  So -- okay.

17          Without getting into trade secrets, can you

18  generally describe the starting materials that

19  eventually create the unwanted byproduct of DMA?

27

1   materials that eventually generate the DMA?

2           MR. TURNER:  Let me confer with him

3      about that.

4           MR. INGE:  Okay.  Do you want me to

5      leave the room?

6           MR. TURNER:  No.  No.  No.

7           (OFF THE RECORD.)

8           MR. TURNER:  That's getting into the

9      area of trade secrets if we give you a list

10      of all the chemicals that we use.  What we

11      would prefer to do is just simply tell you

12      what chemical creates DMA.

13   BY MR. INGE:

14   Q   That's really what I wanted without the whole

15   chemical process.

16   A   DMA comes from DMF, which is

17   dimethylformamide, which is one of the primary solvents

18   that we use in the process.  And DMA is formed when DMF

19   is exposed to high pH and high temperature, that's when

20          I mean, are there a hundred or are there

21    three or are there -- and are they common knowledge or

22    are they trade secrets or that sort of thing?

23          In other words, can we get into the starting

20  it breaks down and forms DMA.

21      Q    That's excellent.  That's exactly what I

22  needed to know.

23          Okay.  Is DMF a purchased commodity or

28

1  chemical that's brought to the plant site?

2    A  Yes.

3    Q  Okay. That's a final form that's brought --

4  that's imported into the plant site and used in the

5  chemical process?

6    A  Yes.

7    Q  Okay. How is DMF unloaded or how is it

8  brought -- not how is it brought to the plant, the

9  site, because I'm sure it's by a four-wheeled vehicle.

10  But how is it offloaded into the chemical stream,

11  processing stream?

12    A  It comes in in a truck. It's a liquid, it

13  looks like water. And it is pumped off that truck

14  through a piping, totally closed piping system, into a

15  storage tank. And once again, that storage tank's

16  fully enclosed --

17    Q  Okay.

18    A  -- with the vent off the storage tank leading

19  to the header -- the header that leads to the thermal

20  oxidizer or the flare.

21      Q   Okay.  What type of -- or what type or kind

22  of transfer lines are used for the DMF?  I mean, I

23  assume it's a metal piping system.