29

1         MR. TURNER:  You're talking about from

2     the truck to the tank or --

3  BY MR. INGE:

4     Q    From the truck to the -- at the loading dock

5  or wherever into the chemical stream.

6         In a piping system?

7     A    Yeah.  The truck hooks up to the unloading

8  pipe.  They use a chemical hose between the truck and

9  the Tate & Lyle pipe.  And from there it's all metal

10  piping.

11     Q    Okay.  And is that -- how would you

12  characterize the end fitting of that pipe which begins

13  the piping process, a cam lock screw or other or do you

14  know?

15     A    I don't know specifically.  It's either a cam

16  lock or it's a bolted flange connection.

17         MR. TURNER:  Are we talking about on

18     either end?

19         THE WITNESS:  I believe you're asking

20      where the truck hose hooks up to the Tate &

21      Lyle pipe.

22          The bulk of them out there are cam lock

23      fittings.

30

1   BY MR. INGE:

2       Q   And are there valves on the Tate & Lyle part

3   or the beginning end of the Tate & Lyle piping system?

4       A   Yes.

5       Q   Okay.

6       A   Yes, there's a valve.

7       Q   And are the transfer lines and valves cleaned

8   after use?

9       A   They are -- generally they blow them out.

10  And then they -- what our procedure is is we close the

11  valve, we lock the valve shut and then we put a cap

12  over that cam lock connection so nothing can get in

13  there.

14      Q   And is there a recovery system for the air or

15  the residual chemical -- DMF chemical on the valve or

16  the fitting before it is capped between use?

17      A   It all vents through the DMF storage tank so

18  any vapors are -- end up up in the thermal oxidizer

19  vent header.

20      Q   In at least one of the previous years, your

21   leak detection program detected 15 to 20 leaks.

22          How long did it take you to repair those

23   individual leaks?

31

1           MR. TURNER:  Object to the form.

2           Answer if you can.

3           THE WITNESS:  I don't know about the 15

4      or 20 that you're specifying so I can't

5      answer how long it took to repair those 15 or

6      20.

7           Generally with that LDAR program we fix

8       those leaks as quickly as possible.

9  BY MR. INGE:

10   Q   But as I understand, the leak detection

11  program, first there's an alarm system, some type of an

12  alarm system that says that there's a leak or potential

13  leak.  Is that correct?

14          MR. TURNER:  Object to the form.

15          THE WITNESS:  No, that's not correct.

16  BY MR. INGE:

17   Q   Okay.  Explain that.  Just generally and

18  briefly explain how or the basic steps in between the

19  caution or the alarm that there may be a leak until

20   it's -- the leak is remediated.

21      A   What our LDAR program is is we have gone

22   through the plant and identified all the connections in

23   the piping, pump seals, packing around valves where

32

1   there is the potential for leaks to occur.

2          And what LDAR is looking for are leaks you

3   cannot see. I mean, anybody can see a drip, drip,

4   drip. What LDAR is doing is going around with very

5   sophisticated sniffing instruments and they're going up

6   to the valve packing and the pump seals and flanges and

7   sniffing around those connections to detect leaks that

8   are so small you basically can't see them. It's like

9   the next level of -- not protection, but detection of

10  any type of leak in the system.

11         So the vast majority of these leaks, that

12  very sophisticated sniffing equipment detects it. Most

13  of them -- if you go out there you couldn't see it if

14  you were standing there looking at it.

15         And they come through once a month, once

16  every couple of months and there's thousands of points

17  in the plant that they're going around with this leak

18  detection equipment to find those leaks that the

19  average person just -- you can't see them with your

20   eyes.  And we get a list of what those leaks are when

21   they go through and do their monthly program.

22          Like I say, from what I've seen, generally,

23   it's a handful of these very small leaks they detect

33

1  out of a thousand and something points that they check.

2        So we get that list, we look at that list.

3  And generally a lot of them we can go out and have the

4  mechanics go and, you know, tighten the threads on a

5  nipple or a plug and repair those.

6        But I think it's important to understand that

7  the LDAR program is not out there looking for something

8  that you and I could go out and see with our naked

9  eyes. It's extremely small quantities of leakage that

10  it's looking for part per million levels of, you know,

11  X. You know.

12    Q  And the LDAR is the leak detection program

13  that -- that's the name or the technical name of the

14  leak detection program that --

15    A  Correct.

16    Q  -- is involved in the discovery documents?

17    A  Correct.

18      LDAR stands for leak detection and repair.

19    Q  Mr. Roslak, what indicators or measuring

20   equipment do you have on the plant to record the wind

21   direction and the wind velocity for the DMA process --

22        MR. TURNER:  Object to the form.

23

34

1    BY MR. INGE:

2        Q   -- formally and permanently record the wind

3    direction and wind velocity.

4        A   We don't have any equipment that formally

5    records or detects the wind direction.  We have the

6    bright orange windsocks located at -- I don't know,

7    four or five different points in the process.

8        Q   That's all.

9        A   We don't have any permanent equipment.

10       Q   That's all.

11           MR. TURNER:  Hold on just a second and

12       let me confer with everybody.

13           (RECESS HELD.)

14           MR. TURNER:  For the record, we have no

15       questions of the witness.

16           However, there has been a protective or

17       confidentiality order entered in this

18       litigation and we want to make this

19       deposition subject to that order and we'll

20          probably send a letter to confirm it.  But we

21          want to put on the record that we're

22          declaring the deposition to be confidential

23          under that order.

35

1          MR. INGE: Okay. That's fine.

2     Anticipated.

3          Okay. Thank you, Mr. Roslak.

4          (DEPOSITION CONCLUDED AT 9:31 A.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

36

```
1            CERTIFICATE

2

3   STATE OF ALABAMA:

4   COUNTY OF WASHINGTON:

5

6           I do hereby certify that the above and

7   foregoing transcript of proceedings in the matter

8   aforementioned was taken down by me in machine

9   shorthand, and the questions and answers thereto were

10  reduced to writing under my personal supervision, and

11  that the foregoing represents a true and correct

12  transcript of the proceedings given by said witness

13  upon said hearing.

14

15          I further certify that I am neither of

16  counsel nor of kin to the parties to the action, nor am

17  I anywise interested in the result of said cause.

18

19          _____
                 VALERIE B. KNAPP, CCR
```

20              ALABAMA ACCR# 342
                MISSISSIPPI CSR# 1723

21

22   My certification expires September 30, 2008

23

37

1          E R R A T A   P A G E

2     I, RAND ROSLAK, the witness herein, have read the
      transcript of my testimony and the same is true and
3    correct, to the best of my knowledge, with the
      exception of the following changes noted below, if any:

4

   Page/Line        Change/Reason

5

6    _____      _____

7    _____      _____

8    _____      _____

9    _____      _____

10   _____      _____

11   _____      _____

12   _____      _____

13   _____      _____

14   _____      _____

15   _____      _____

16   _____      _____

17   _____      _____

18          _____
           RAND ROSLAK

19
     Sworn to and subscribed before me,

20   this the _____ day of _____, 2008.

21

22          _____
            Notary Public
            My commission expires:

23

file:///Y|/MyFiles/client.hi/Radcliff/Miscellaneous/Rand%20Roslak%20depo.txt

38

1          CERTIFICATE OF WITNESS

2

3      I, Rand Roslak, do hereby certify that on this,

4   the _____ day of _____, 2008, I have read

5   the foregoing transcript and to the best of my

6   knowledge it constitutes a true and accurate transcript

7   of my testimony taken on oral deposition on January 15,

8   2008.

9

10

11   _____

     RAND ROSLAK
12

13   Subscribed and sworn to before me on this, the _____

14   day of _____, 2008.

15

16   _____
     Notary Public
17   State of
     My Commission expires:
18

19

20

21

22

23