IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY L. RADCLIFF, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 06-0345-CG-M |
| ) | |
| **TATE & LYLE SUCRALOSE, INC.,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the court's orders on motions for summary judgment entered on August 14, 2008 (Doc. 176), and December 4, 2008 (Doc. 221), and in light of settlement by the parties of the remaining claims it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Tate & Lyle Sucralose, Inc.. against the plaintiffs, Bobby L. Radcliff & Carol L. Radcliff (individually and as parents and next friends of JSL, JR & BLR, minors), Sylvester Abrams, Laurina Sullivan Law, Anita Hick, Wayne Hicks, Jr., Bobby McKenzie and Dianne A. McKenzie, Spencer Lee Lang, Jr., John Sullivan, Jr., and Bonnie Pressley Sullivan, Broderick Sullivan, Sr. (as father and next friend of BS, a minor), Bernice Pressley, Lloyd Steve Pressley, Electa Mae Presley (individually and as mother and next friend of AP, a minor), Lawrence James Pressley, Linda Reed, Elizabeth Mitchell, Lora Ward (individually and as parent and next friend of DW, a minor), Kolandski Ward, Billie Barnes, Timothy Barnes, Jr., Linda Annettle Thomas & Anthony Witherspoon, Sr., (individually and as parents and next friends of MT, ST & AW, minors) Leroy Adams and Fanny Jean Adams, Eva Gray Jones, Robert Reed and Malanda Reed, and the plaintiffs' claims

against the defendant are hereby **DISMISSED WITH PREJUDICE**.

Costs are to be taxed against the plaintiffs.

**DONE and ORDERED** this the 6th day of January, 2009.

                                      /s/ Callie V. S. Granade
                                  CHIEF UNITED STATES DISTRICT JUDGE